12/29/2004 09:15 AM 95613-3724
11/08/2004-15:51   000000
PAGE 04

CCP 291728

# ACORD™ COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

| | | | DATE (MM/DD/YYYY) 10/28/2004 |
|---|---|---|---|

| AGENCY | PHONE (A/C, No, Ext): 760-758-9800 | CARRIER | NAIC CODE: | UNDERWRITER | UNDERWRITER OFF. |
|---|---|---|---|---|---|
| | FAX (A/C, No.): 760-758-9585 | | | | |

EDDIE & ASSOC. INSURANCE AGENCY
SUITE 100
620 S MELROSE DRIVE
VISTA, CA 92081

CODE:                    SUB CODE:
AGENCY CUSTOMER ID:

| POLICIES OR PROGRAM REQUESTED | | POLICY NUMBER |
|---|---|---|
| INDICATE SECTIONS ATTACHED | EQUIPMENT FLOATER | GARAGE AND DEALERS |
| X  PROPERTY | INSTALLATION/BUILDERS RISK | VEHICLE SCHEDULE |
| GLASS AND SIGN | ELECTRONIC DATA PROC | BOILER & MACHINERY |
| ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | X  COMMERCIAL GENERAL LIABILITY | WORKERS COMPENSATION |
| CRIME/MISCELLANEOUS CRIME | BUSINESS AUTO | UMBRELLA |
| TRANSPORTATION/ MOTOR TRUCK CARGO | TRUCKERS/MOTOR CARRIER | |

## STATUS OF TRANSACTION

PACKAGE POLICY INFORMATION

| | | ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES. |
|---|---|---|

| X QUOTE | ISSUE POLICY | RENEW | PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|---|---|
| BOUND (Give Date and/or Attach Copy) | | | 11/01/2004 | 11/01/2005 | X DIRECT BILL | | |
| CHANGE   DATE   TIME | AM PM | | | | AGENCY BILL | | |
| CANCEL | | | | | | | |

## APPLICANT INFORMATION

| NAME (First Named Insured & Other Named Insureds) | FEIN OR SOC SEC # (of First Named Insured) | MAILING ADDRESS INCL ZIP+4 (of First Named Insured) |
|---|---|---|
| NEW BEGINNINGS, INC  for Women, Inc.   DBA: La Costa Retreat | PHONE (A/C, No. Ext): | DBA LACOSTA RETREAT 525 LACOSTA AVE ENCINITAS, CA 92024 |
| E-MAIL ADDRESS: | | WEBSITE ADDRESS: |

| INDIVIDUAL | X CORPORATION | SUBCHAPTER "S" CORPORATION NOT FOR PROFIT ORG | LIMITED LIAB CORP | NO. OF MEMBERS AND MANAGERS | CR BUREAU NAME | ID NUMBER | | DATE BUS STARTED NEW |
|---|---|---|---|---|---|---|---|---|
| PARTNERSHIP | JOINT VENTURE | | | | | | | |

| INSPECTION CONTACT JOHN TURK | PHONE (A/C, No, Ext): 760-807-0585 | ACCOUNTING RECORDS CONTACT | PHONE (A/C, No. Ext): |
|---|---|---|---|

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | | INTEREST | | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 525 LACOSTA AVE ENCINITAS, CA 92024 | X INSIDE  OUTSIDE | X | OWNER  TENANT | | 1987 | 2400 SQ FT |
| | | | INSIDE  OUTSIDE | | OWNER  TENANT | | | |
| | | | INSIDE  OUTSIDE | | OWNER  TENANT | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

BED AND BREAKFAST RETREAT

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | YES | NO | EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY ? | | X | 7.  ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X | 8.  DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, the question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 2.  IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X | | | |
| 3.  ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X | | | |
| 4.  ANY CATASTROPHE EXPOSURE? | | X | 9.  ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 5.  ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X | 10.  ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 6.  ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X | 11.  HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | X |

REMARKS/PROCESSING INSTRUCTIONS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied)

| APPLICANT'S SIGNATURE | DATE 10/28/2004 | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER 0E19901 |
|---|---|---|---|

ACORD 128 (2002/01)          PLEASE COMPLETE REVERSE SIDE          © ACORD CORPORATION 1993

12/29/2004 09:15 AM 95613_3724
10/29/2004  12:25   000000███                                    PAGE  02

# ACORD™ PROPERTY SECTION

| | | DATE (MM/DD/YYYY) |
|---|---|---|
| | | 10/28/2004 |

| PRODUCER | PHONE (A/C, No, Ext): 760-758-9600 | APPLICANT (First Named Insured) NEW BEGINNINGS, INC |
|---|---|---|

FAX (A/C, No): 760-758-9585

PEDDIE & ASSOC. INSURANCE AGENCY
SUITE 100
820 S MELROSE DRIVE
VISTA, CA 92081

| EFFECTIVE DATE | EXPIRATION DATE | X DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 11/01/2004 | 11/01/2005 | AGENCY BILL | | |

| CODE: | SUB CODE: | FOR COMPANY USE ONLY |
|---|---|---|

AGENCY CUSTOMER ID:

## PREMISES INFORMATION

PREMISES #:     BUILDING #:     STREET ADDRESS:

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | BLANKET COVERAGE | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| 525 LACOSTA AVE ENCINITAS, CA 92024 | $300,000. | | | | | | | |

### ADDITIONAL INFORMATION - BUSINESS INCOME/EXTRA EXPENSE    BUSINESS INCOME W/O EXTRA EXPENSE    EXTRA EXPENSE

| TYPE OF BUSINESS | ORDINARY PAYROLL | POWER/HEAT | EXT PERIOD | TUITION FEES | OFF PREM POWER | DEPEND PROP |
|---|---|---|---|---|---|---|
| X NON MFG | EXCL  INCL | $ ___ DED | ___ DAYS | $ ___ STUDENTS | POWER | ___ % COIN |
| MFG | 90 DAYS | ELEC MEDIA ___ DAYS | NO PERIOD | $ ___ OTHER ED SERV/INC | WATER | CONT LOC |
| MINING | 180 DAYS | | LIMIT | | COMM (DESCR BELOW) | REC LOC |
| ___ % COINS | $ ___ | ORD OR LAW ___ DAYS | MAX PERIOD | | | MFG LOC |
| | | | | | | LDR LOC (DESC BELOW) |

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP

| | EXTRA EXPENSE ___ DAYS PERIOD REST |
|---|---|
| | LIMIT LOSS PAY ___ % ___ % ___ % |

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

*(handwritten: 155 00)*

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT | FIRE STAT | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|---|
| WOOD FRAME | 1000 FT | 2 MI | | 03 | 1 | | 1978 | 2400 |

| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES |
|---|---|---|---|---|---|
| X WIRING, YR: 1990 | PLUMBING, YR: | | | TILE | |
| X ROOFING, YR: 1990 | HEATING, YR: | WIND CLASS | | | HEATING BOILER ON PREMISES?   YES   NO |
| OTHER: | | RESISTIVE   SEMI RESISTIVE   OTHER | | | IF YES, IS INSURANCE PLACED ELSEWHERE?   YES   NO |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE | | |
|---|---|---|---|---|
| SINGLE FAMILY HOME | SINGLE FAMILY HOME | SINGLE FAMILY HOME | | |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | CENTRAL STATION |
|---|---|---|---|---|---|
| NONE | | | | | WITH KEYS |
| BURGLAR ALARM INSTALLED AND SERVICED BY | | | # GUARDS/WATCHMEN | | CLOCK HOURLY |

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO₂/Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION |
|---|---|---|---|
| NONE | | | LOCAL GONG |

## ADDITIONAL INTERESTS

| RANK: | NAME AND ADDRESS | EVIDENCE | RANK: | NAME AND ADDRESS | EVIDENCE |
|---|---|---|---|---|---|
| INTEREST | TBA | CERTIFICATE | INTEREST | | CERTIFICATE |
| LOSS PAYEE | | POLICY | LOSS PAYEE | | POLICY |
| X MORTGAGEE | | | MORTGAGEE | | |

## VALUE REPORTING INFORMATION

| REPORTING FORM; PROVIDE AVERAGE VALUES FOR PAST 12 MONTHS SUBJECT OF INSURANCE | PREMISES/ BUILDING | ANY OTHER LOCATION DECLARED AT INCEPTION | ANY OTHER LOCATION ACQUIRED AFTER INCEPTION | PREMISES NOT OWNED OR ACQUIRED LIMIT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

ACORD 140 (2001/08)        ATTACH TO APPLICANT INFORMATION SECTION        © ACORD CORPORATION 1988

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMMERCIAL GENERAL LIABILITY** | | CARRIER | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | |
| | | RETRO DATE | | | | | | | | | | |
| | | EFF/EXP DATE | | | | | | | | | | |
| | **LIMITS** | GENERAL AGGREGATE | | | | | | | | | | |
| | | PRODUCTS COMP OP AGGREGATE | | | | | | | | | | |
| | | PERSONAL & ADV INJ | | | | | | | | | | |
| | | EACH OCCURRENCE | | | | | | | | | | |
| | | FIRE DAMAGE | | | | | | | | | | |
| | | MEDICAL EXPENSE | | | | | | | | | | |
| | | BODILY INJURY — OCCURRENCE | | | | | | | | | | |
| | | BODILY INJURY — AGGREGATE | | | | | | | | | | |
| | | PROPERTY DAMAGE — OCCURRENCE | | | | | | | | | | |
| | | PROPERTY DAMAGE — AGGREGATE | | | | | | | | | | |
| | | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | |
| **AUTOMOBILE LIABILITY** | | CARRIER | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | |
| | | EFF/EXP DATE | | | | | | | | | | |
| | | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | | BODILY INJURY — EA PERSON | | | | | | | | | | |
| | | BODILY INJURY — EA ACCIDENT | | | | | | | | | | |
| | | PROPERTY DAMAGE | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | |
| **PROPERTY** | | CARRIER | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | |
| | | EFF/EXP DATE | | | | | | | | | | |
| | | BUILDING   AMT | | | | | | | | | | |
| | | PERS PROP   AMT | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | |
| | | CARRIER | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | |
| | | EFF/EXP DATE | | | | | | | | | | |
| | | LIMIT | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)   **[X] CHK HERE IF NONE**   SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | NONE | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

REMARKS   NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS
STATE SUPPLEMENT(S) (if applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

### NOTICE OF INSURANCE INFORMATION PRACTICES

PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTION ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2002/01)

12/29/2004 09:15 AM 95613_3724
10/29/2004 - 12:25    0000000000    PAGE  05

# ACORD. COMMERCIAL GENERAL LIABILITY SECTION

| | | DATE 10/28/2004 |
|---|---|---|

| PRODUCER | PHONE (A/C. No. Ext): 760-758-9800 | APPLICANT (First Named Insured) NEW BEGINNINGS, INC |
|---|---|---|

PEDDIE & ASSOC. INSURANCE AGENCY
SUITE 100
620 S MELROSE DRIVE
VISTA, CA  92081

| EFFECTIVE DATE 11/01/2004 | EXPIRATION DATE 11/01/2005 | X | DIRECT BILL AGENCY BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|

| CODE: | SUB CODE: |
|---|---|

AGENCY
CUSTOMER ID:

FOR COMPANY USE ONLY

## COVERAGES

| X | COMMERCIAL GENERAL LIABILITY |
|---|---|
| | CLAIMS MADE  ☐ OCCURRENCE |
| | OWNER'S & CONTRACTOR'S PROTECTIVE |

### LIMITS

| GENERAL AGGREGATE | $ 1,000,000. |
|---|---|
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 1,000,000. |
| PERSONAL & ADVERTISING INJURY | $ 1,000,000. |
| EACH OCCURRENCE | $ 1,000,000. |
| DAMAGES TO RENTED PREMISES (each occurrence) | $ 100,000. |
| MEDICAL EXPENSE (Any one person) | $ 5,000. |
| EMPLOYEE BENEFITS | $ |

### PREMIUMS

| PREMISES/OPERATIONS | |
|---|---|
| PRODUCTS | |
| OTHER | |
| TOTAL | |

### DEDUCTIBLES

| | PROPERTY DAMAGE | $ |
|---|---|---|
| | BODILY INJURY | $ |

PER CLAIM
PER OCCURRENCE

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/nonowned auto coverages attach the Business Auto Section, ACORD 127)

## SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BED AND BREAKFAST | | S=$50,000. | | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES
(P) PAYROLL - PER $1,000/PAY
(A) AREA - PER 1,000/SQ FT
(C) TOTAL COST - PER $1,000/COST
(M) ADMISSIONS - PER 1,000/ADM
(U) UNIT - PER UNIT
(T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

| 1. PROPOSED RETROACTIVE DATE: | | |
|---|---|---|
| 2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV: | | |
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | YES | NO X |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | X |

REMARKS

## EMPLOYEE BENEFITS LIABILITY

| 1. DEDUCTIBLE PER CLAIM: | $ |
|---|---|
| 2. NUMBER OF EMPLOYEES: | |
| 3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS: | |
| 4. RETROACTIVE DATE: | |

REMARKS

ACORD 126 (2000/04)    PLEASE COMPLETE REVERSE SIDE    ° ACORD CORPORATION 1993

12/29/2004 09:15 AM 95613_3724
10/29/2004  12:25    00000000    PAGE  06

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | X | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB CONTRACTORS: 0 | % OF WORK SUBCONTRACTED 0 | # FULL TIME STAFF 0 | # PART TIME STAFF 0 |
|---|---|---|---|---|

SELF-EMPLOYED OPERATION

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| BED AND BREAKFAST | $50,000. | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR REPACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT | ACORD 45 attached for additional names

| INTEREST | RANK | NAME AND ADDRESS | REFERENCE: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|
| X | ADDITIONAL INSURED | TBA | | | LOCATION: | BUILDING: |
| | LOSS PAYEE | | | | VEHICLE: | BOAT: |
| X | MORTGAGEE | | | | SCHEDULED ITEM NUMBER: | |
| | LIENHOLDER | | | | OTHER | |
| | EMPLOYEE AS LESSOR | | | | | |
| | | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES.  (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR; IN DC, LA, ME AND VA, INSURANCE BENEFITS MAY ALSO BE DENIED)

ACORD 126 (2000/04)                    ATTACH TO APPLICANT INFORMATION SECTION

MONARCH          .          Fax:6195212180          Nov  1 '04  11:37   P.02

### CENTURY INSURANCE GROUP

**Habitational Supplemental Questionnaire**

(Apartments, Hotels, Motels, Dwellings)

(Complete in Addition to Acord Application)

CCP 291728

*ANSWER ALL QUESTIONS – IF THEY DO NOT APPLY, INDICATE NOT APPLICABLE (NA)*

Applicant's Name: *LA COSTA RETREAT*          Agents Name *Ken Scheiler*

Mailing Address: *525 LA COSTA AVE*          Address: *620 S MELROSE*
*ENCINITAS, CA*          *VISTA, CA 92081*
*92024*          Proposed Effective Date:
From: *11-1-04* To *11-1-05*

Applicant is:  Individual ☒ Corporation ☐ Partnership ☐ Joint Venture ☐ Other _____

Property Locations:
Location Name, Street Address, City, County, State, Zip Code

1. *525 LA COSTA AVE , ENCINITAS, CA 92024*

2. _____

3. _____

4. _____

5. _____

6. _____

### A.  FIRE PROTECTION

1. Sprinklered? *NO*          All Units? _____          Common Areas Only? _____
2. Smoke Detectors in each unit? *Y*          Hard Wired or ~~Battery~~? _____
   Hallway leading to bedroom? *Y*
3. Fire Extinguishers in common areas? *Y*          In each unit? _____
4. Separation between buildings? _____

### B.  SECURITY

Is Security Provided? *NO*          What Type?     Patrol     Gated Access     Alarm Systems

1. If Patrol, please answer the following questions:
   a. Armed or unarmed? _____
   b. Days of week? _____
   c. 24 hour security? _____
   d. Independent contractor of employee? _____
   e. If employee - what is payroll? _____
2. If gated, please answer the following questions:
   a. Is the entire apartment complex gated? _____
   b. How is access obtained? _____
   c. Who is given access? _____
3. If alarm systems are provided, please provide answers to the following questions:
   a. Are alarm systems in every unit? _____
   b. Who monitors the alarms? _____

12/29/2004 09:15 AM 95613_3724
11/03/2004  12:00   0000000

MONARCH          Fax:6195212180          Nov 1 '04  11:37   P.03

## C. DESCRIPTION OF LOCATIONS

| | Loc. #1 | Loc #2 | Loc#3 | Loc #4 | Loc #5 | Loc #6 |
|---|---|---|---|---|---|---|
| Years owned by insured | 5 | | | | | |
| *Type of occupancy | H | | | | | |
| Type of construction | FRAME | | | | | |
| Year built | 1978 | | | | | |
| Number of stories | 1 | | | | | |
| Number of total units | 1 | | | | | |
| Number of buildings | | | | | | |
| Total square feet | 2400 | | | | | |
| Manager on premise? | Yes | | | | | |
| Monthly rent per unit: | 4,000 | | | | | |
|     Apartments: 1 BR | | | | | | |
|         2 BR | | | | | | |
|         3 BR | | | | | | |
|         Other | | | | | | |
|     Dwellings: | | | | | | |
| % of units occupied? | 100 | | | | | |
| % of building owner occupied | 100 | | | | | |
| % of units rented to others | 90 | | | | | |
| % of units subsidized | 0 | | | | | |
| % student renters | 0 | | | | | |
| Wiring – Copper (or) Aluminum? | Copper | | | | | |
|     If Aluminum – Single or Multi-Strand? | — | | | | | |
| Fire walls separating buildings? | — | | | | | |
| Any wood shake shingle roofs? | — | | | | | |
| Percentage owner occupied? | 100 | | | | | |
| Type of Heating system? | GAS | | | | | |
| If space or portable heating – is it UL electric, kerosene, vented gas, or un-vented gas? | / | | | | | |
| Any wood burning stoves or fireplaces? | | | | | | |
|     If yes last time inspected/cleaned? | | | | | | |
| Is this on a Historical Register (Local, County, State or National)? | | | | | | |
| Any car ports? | NO | | | | | |
| Any fences? | Yes | | | | | |
| Protection class | NO | | | | | |
| Is bldg. a retirement/elderly facility?  Yes/No | NO | | | | | |
|     If Yes Any medical assistance offered? | NO | | | | | |
|     If Yes Any emergency pull cords? | | | | | | |
| Is bldg. an assisted living facility?   Yes/No | NO | | | | | |
| If > 3 stories are interior stairways equipped with self closing/locking fire doors on each floor? | / | | | | | |

*Use alpha code listed for type of Occupancy:

A - Apartment Bldg.
B - Garden Apts.
C – Apartment-hotel Or Time Share
D - Dwelling / One Family
E - Dwelling / Two Family

F - Dwelling / Three Family
G - Dwelling / Four Family
H - Boarding or rooming house
I - Fraternity or Sorority house
J – Motel
K - Hotel
L - Condominium

CSL 7021 0304

Page 2 of 4

12/29/2004 09:15 AM 95613_3724
11/03/2004  12:00    0000000                                                    PAGE  04

MONARCH            Fax:6195212180            Nov  1 '04   11:38    P.04

## D. RENOVATIONS / MOST RECENT UPDATE

| Year and Type of Update | Loc #1 | Loc #2 | Loc #3 | Loc #4 | Loc #5 | Loc #6 |
|---|---|---|---|---|---|---|
| Roof | 1928 | TILS | | | | |
| Plumbing | 1928 | Copper | | | | |
| HVAC | | | | | | |
| Electric | 1928 | | | | | |
| Other | | | | | | |

## E. GENERAL INFORMATION

1. If there have been any water damage claims within the past 3 years - has the insured taken protective safeguards to ensure this does not happen again? _____ If yes - please describe: _NONE_

2. Have you received any claims for wrongful eviction in the past 5 years?  If yes, please provide details _NONE_ _____ How many of these claims were paid? _____

3. Are any of your properties subject to rent control laws? _NO_

## F. SWIMMING POOLS

Loc #'s _N/A_    Diving Boards? ☐ Yes ☐ No  If yes, height: _____

Slides? ☐ Yes ☐ No    Underwater Lighting? ☐ Yes ☐ No

Steps into shallow end with handrails? ☐ Yes ☐ No

1. Is the pool area completely surrounded by building walls or fence? ☐ Yes ☐ No  If Yes, height: _____

2. Are gates or doors opening into the pool area equipped with a self-closing and self-latching device? ☐ Yes ☐ No

3. Are the depth marking clearly shown? ☐ Yes ☐ No

4. Are warning signs and rules posted and clearly visible? ☐ Yes ☐ No

5. Is rescue equipment, including a ring buoy and 12-foot pole or shepherd's hook available at poolside? ☐ Yes ☐ No

6. Is the pool maintained by applicant or outside contractor?
☐ Applicant ☐ Outside Contractor

7. Are lifeguards provided by applicant or outside pool management company?
☐ Applicant ☐ Pool Management Company

## G. OTHER RECREATIONAL EXPOSURES

Number of: _N/A_

Playgrounds _____ Tennis Courts? _____ Racquetball courts _____ Basketball Courts _____

Volleyball courts _____ Baseball fields? _____ Acres of lakes/ponds _____ Boat slips _____

Other: _____

CSL 7021 0304                                          Page 3 of 4

MONARCH          Fax:6195212180          Nov  1 '04  11:38    P. 05

This application does not bind the applicant nor the Company to complete the insurance, but it is agreed that the information contained herein shall be the basis of the contract should a policy be issued.

The applicant, Agent, and/or Broker represents that the above statements and facts are true and that no material facts have been suppressed or misstated.

### FRAUD WORDING:

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Applicant: _John Turk_          Producer: _Ken Scheller_

Signature: _John Turk_          Signature: _____

Date: _11-3-04_          Date: _11-3-04_

**ANSWER ALL QUESTIONS – IF THEY DO NOT APPLY, INDICATE NOT APPLICABLE (NA)**

CSL 7021 0304                                                    Page 4 of 4

CCP391 G01

# ACORD

## COMMERCIAL INSURANCE APPLICATION
### APPLICANT INFORMATION SECTION

DATE (MM/DD/YYYY) 10/14/2005

| AGENCY | CARRIER | NAIC CODE | UNDERWRITER | UNDERWRITER OFF. |
|---|---|---|---|---|

PEDDIE & ASSOC INSURANCE
620 S MELROSE DR
SUITE 100
VISTA, CA 92081

PHONE (A/C, No, Ext): 760-758-9600
FAX (A/C, No): 760-758-0585
E-MAIL ADDRESS:
CODE:          SUB CODE:
AGENCY CUSTOMER ID:

POLICIES OR PROGRAM REQUESTED

POLICY NUMBER

INDICATE SECTIONS ATTACHED

| | | | |
|---|---|---|---|
| PROPERTY | | EQUIPMENT FLOATER | GARAGE AND DEALERS |
| GLASS AND SIGN | | INSTALLATION/BUILDERS RISK | VEHICLE SCHEDULE |
| ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | | ELECTRONIC DATA PROC | BOILER & MACHINERY |
| CRIME/MISCELLANEOUS CRIME | X | COMMERCIAL GENERAL LIABILITY | WORKERS COMPENSATION |
| TRANSPORTATION/ MOTOR TRUCK CARGO | | BUSINESS AUTO | UMBRELLA |
| | | TRUCKERS/MOTOR CARRIER | |

## STATUS OF TRANSACTION   PACKAGE POLICY INFORMATION

| QUOTE | | ISSUE POLICY | X | RENEW | ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES. |
|---|---|---|---|---|---|

BOUND (Give Date and/or Attach Copy):
CHANGE   DATE   TIME
CANCEL
AM
PM

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 11/08/2005 | 11/08/2006 | X DIRECT BILL | | |
| | | AGENCY BILL | | |

## APPLICANT INFORMATION

NAME (First Named Insured & Other Named Insureds)

NEW BEGINNINGS FOR WOMEN, INC

FEIN OR SOC SEC # (of First Named Insured): 41-2083113
PHONE (A/C, No, Ext): 760-840-0809

MAILING ADDRESS INCL ZIP+4 (of First Named Insured)
DBA/ LA COSTA COSMETIC RETREAT
525 LA COSTA AVE
ENCINITAS, CA 92024

E-MAIL ADDRESS(ES):

WEBSITE ADDRESS(ES):

| INDIVIDUAL | X | CORPORATION | SUBCHAPTER "S" CORPORATION | LLC | OR BUREAU NAME | ID NUMBER | | DATE BUS STARTED |
|---|---|---|---|---|---|---|---|---|
| PARTNERSHIP | | JOINT VENTURE | NOT FOR PROFIT ORG | NO. OF MEMBERS AND MANAGERS | | | | 2004 |

| INSPECTION CONTACT | | ACCOUNTING RECORDS CONTACT | |
|---|---|---|---|
| PHONE (A/C, No, Ext): | E-MAIL ADDRESS: | PHONE (A/C, No, Ext): | E-MAIL ADDRESS: |

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| ~ | | 525 LA COSTA AVE ENCINITAS, CA 92024 | X INSIDE  X OUTSIDE | OWNER  TENANT | 1980 | OWNER | 50,000. | 100% |
| | | | INSIDE  OUTSIDE | OWNER  TENANT | | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | YES | NO | EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | X | 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X | 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | X | | | | |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X | 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X | 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X | 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X | | | |

REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| APPLICANT'S SIGNATURE | DATE 10/14/2005 | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER 0E19901 |
|---|---|---|---|

ACORD 125 (2004/031)    PLEASE COMPLETE REVERSE SIDE    © ACORD CORPORATION 1993

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CARRIER | CENTURY SURETY | | | | | | | | | | |
| | POLICY NUMBER | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | |
| | POLICY TYPE | | | | | | | | | | | |
| | RETRO DATE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| COMMERCIAL GENERAL LIABILITY LIMITS | GENERAL AGGREGATE | 1,000,000. | | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | | | | | | | |
| | PERSONAL & ADV INJ | | | | | | | | | | | |
| | EACH OCCURRENCE | | | | | | | | | | | |
| | FIRE DAMAGE | | | | | | | | | | | |
| | MEDICAL EXPENSE | | | | | | | | | | | |
| | BODILY INJURY OCCURRENCE | | | | | | | | | | | |
| | BODILY INJURY AGGREGATE | | | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | | |
| | PROPERTY DAMAGE AGGREGATE | | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| AUTOMOBILE LIABILITY | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | |
| | BODILY INJURY EA PERSON | | | | | | | | | | | |
| | BODILY INJURY EA ACCIDENT | | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| PROPERTY | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | BUILDING AMT | | | | | | | | | | | |
| | PERS PROP AMT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | LIMIT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KB & NY)

X CHK HERE IF NONE    SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | NONE | | | | OPEN / CLOSED |
| | | | | | | OPEN / CLOSED |

REMARKS    NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS
STATE SUPPLEMENT(S) (if applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2004/03)

# ACORD COMMERCIAL GENERAL LIABILITY SECTION

| DATE (MM/DD/YYYY) |
|---|
| 10/14/2005 |

| AGENCY | PHONE (A/C, No, Ext): 760-758-9600 |
|---|---|
| | FAX (A/C, No): 760-758-9600 |
| PEDDIE & ASSOC INSURANCE | |
| 620 S MELROSE DR | |
| SUITE 100 | |
| VISTA, CA 92081 | |

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID: | |

| APPLICANT (First Named Insured) | NEW BEGINNINGS FOR WOMEN, INC |
|---|---|

| EFFECTIVE DATE | EXPIRATION DATE | | | |
|---|---|---|---|---|
| 11/08/2005 | 11/08/2006 | X | DIRECT BILL | PAYMENT PLAN | AUDIT |
| | | | AGENCY BILL | | |

| FOR COMPANY USE ONLY | |
|---|---|

## COVERAGES

| | | LIMITS | | PREMIUMS |
|---|---|---|---|---|
| X | COMMERCIAL GENERAL LIABILITY | GENERAL AGGREGATE | $ 1,000,000. | PREMOPS |
| | CLAIMS MADE  [X] OCCURRENCE | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 1,000,000. | PREM/OPERATIONS |
| | OWNER'S & CONTRACTOR'S PROTECTIVE | PERSONAL & ADVERTISING INJURY | $ 1,000,000. | |
| | | EACH OCCURRENCE | $ 1,000,000. | PRODUCTS |
| **DEDUCTIBLES** | | DAMAGE TO RENTED PREMISES (each occurrence) | $ 50,000. | |
| | PROPERTY DAMAGE  $ | MEDICAL EXPENSE (Any one person) | $ 2,000. | OTHER |
| | BODILY INJURY  $ | EMPLOYEE BENEFITS | $ | |
| | | PER CLAIM AND OCCURRENCE | | TOTAL |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the applicable state Business Auto Section, ACORD 137)

## SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE | | PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PREM/OPS | PRODUCTS | PREM/OPS | PRODUCTS |
| | HOSPITALITY RETREAT | | | S=$50,000. | | | | | |
| | | | | P=OWNER | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES  (P) PAYROLL - PER $1,000/PAY  (A) AREA - PER 1,000/SQ FT  (C) TOTAL COST - PER $1,000/COST  (M) ADMISSIONS - PER 1,000/ADM  (U) UNIT - PER UNIT  (T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

| | | YES | NO |
|---|---|---|---|
| 1. PROPOSED RETROACTIVE DATE: | | | |
| 2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV: | | | |
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | | | X |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | | X |

REMARKS

## EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM:  $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS

ACORD 126 (2004/03)  PLEASE COMPLETE REVERSE SIDE  © ACORD CORPORATION 1993

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | X | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: 0 | % OF WORK SUBCONTRACTED: 0 | # FULL-TIME STAFF: 0 | # PART-TIME STAFF: 0

SELF EMPLOYED OPERATION

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| BED AND BREAKFAST | $50,000. | 1 | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT       ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE # | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|---|
| ☐ ADDITIONAL INSURED | | | | | | LOCATION: | BUILDING: |
| ☐ LOSS PAYEE | | | | | | VEHICLE: | BOAT: |
| ☐ MORTGAGEE | | | | | | SCHEDULED ITEM NUMBER: | |
| ☐ LIENHOLDER | | | | | | OTHER: | |
| ☐ EMPLOYEE AS LESSOR | | | | | | | |
| | | ITEM DESCRIPTION: | | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY:SUBSTANTIAL) CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

ACORD 126 (2004/03)                    ATTACH TO APPLICANT INFORMATION SECTION

12/01/2005 11:19 AM 95613_17799

**ACORD. PROPERTY SECTION**

DATE (MM/DD/YYYY): 10/14/2005

| AGENCY | PHONE (A/C, No, Ext): 760-758-9600 | APPLICANT (First Named Insured): NEW BEGINNINGS FOR WOMEN, INC |
|---|---|---|
| PEDDIE & ASSOC INSURANCE | FAX (A/C, No): 760-758-9585 | |

PEDDIE & ASSOC INSURANCE
620 S MELROSE DR
SUITE 100
VISTA, CA 92081

| EFFECTIVE DATE | EXPIRATION DATE | | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 11/08/2005 | 11/08/2006 | X DIRECT BILL | | |
| | | AGENCY BILL | | |

FOR COMPANY USE ONLY

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID: | |

| PREMISES #: | STREET ADDRESS: 525 LA COSTA, ENCINITAS, CA 92024 |
|---|---|
| BUILDING #: | BLDG DESCRIPTION: |

## PREMISES INFORMATION

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLES | BLKT COV | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| BED AND BREAKFAST | $300,000. | | | | | | | |

### ADDITIONAL INFORMATION | BUSINESS INCOME / EXTRA EXPENSE | BUSINESS INCOME W/O EXTRA EXPENSE | EXTRA EXPENSE

| TYPE OF BUSINESS | ORDINARY PAYROLL | POWER/HEAT | EXT PERIOD | TUITION FEES | OFF PREM POWER | DEPEND PROP |
|---|---|---|---|---|---|---|
| X NON MFG | EXCL INCL | DED | NO PERIOD DAYS | $ STUDENTS | POWER | % COIN |
| MFG | 90 DAYS | ELEC MEDIA | | OTHER ED SERVING | WATER | CONT LOC |
| MINING | 100 DAYS | DAYS | LIMIT | | COMM (DESCR BELOW) | REC LOC |
| % COINS | $ | ORD OR LAW | MAX PERIOD | | | MFG LOC |
| | | DAYS | | | | LDR LOC (DESC BELOW) |

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP

EXTRA EXPENSE _____ DAYS PERIOD REST
LIMIT LOSS PAY ____%  ____%  ____%

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

| CONSTRUCTION TYPE | DISTANCE TO | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|
| FRAME | HYDRANT 1000 FT   FIRE STAT 2 MI | | | 2 | NO | 1980 | 2400 |

| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES | | |
|---|---|---|---|---|---|---|---|
| X WIRING, YR: 1990 | PLUMBING, YR: | | | | | | |
| X ROOFING, YR: 1990 | HEATING, YR: | WIND CLASS | | | HEATING BOILER ON PREMISES? | YES | NO |
| OTHER: | | RESISTIVE  SEMI RESISTIVE  OTHER | | | IF YES, IS INSURANCE PLACED ELSEWHERE? | YES | NO |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|
| SINGLE FAMILY HOME | SINGLE FAMILY HOME | SINGLE FAMILY HOME |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | CENTRAL STATION |
|---|---|---|---|---|---|
| NONE | | | | | WITH KEYS |
| BURGLAR ALARM INSTALLED AND SERVICED BY | | | # GUARDS/WATCHMEN | | CLOCK HOURLY |

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2/Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION |
|---|---|---|---|
| | | | LOCAL GONG |

## ADDITIONAL INTERESTS

| RANK: | NAME AND ADDRESS: | REFERENCE # | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|
| INTEREST | TBA | | LOCATION: | BUILDING: |
| X LOSS PAYEE MORT GAGEE | | | SCHEDULED ITEM NUMBER: | |
| | ITEM DESCRIPTION: | | OTHER: | |

## VALUE REPORTING INFORMATION

| REPORTING FORM: PROVIDE AVERAGE VALUES FOR PAST 12 MONTHS | PREMISES/ BUILDING | ANY OTHER LOCATION DECLARED AT INCEPTION | ANY OTHER LOCATION ACQUIRED AFTER INCEPTION | PREMISES NOT OWNED OR ACQUIRED LIMIT |
|---|---|---|---|---|
| SUBJECT OF INSURANCE | | | | |

ACORD 140 (2002/09)          ATTACH TO APPLICANT INFORMATION SECTION          © ACORD CORPORATION 1986

# ACORD. UMBRELLA SECTION

| | DATE (MM/DD/YYYY) |
|---|---|
| | 11/01/2005 |

| AGENCY | PHONE (A/C, No, Ext): 760-758-9600 | APPLICANT (First Named Insured) | NEW BEGINNINGS FOR WOMEN, INC |
|---|---|---|---|
| | FAX (A/C, No): 760-758-9585 | | |

PEDDIE & ASSOC INSURANCE
620 S MELROSE DR
SUITE 100
VISTA, CA 92081

| EFFECTIVE DATE | EXPIRATION DATE | X | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|
| 11/01/2005 | 11/01/2006 | | AGENCY BILL | | |

| CODE: | SUBCODE: |
|---|---|
| AGENCY CUSTOMER ID: | |

FOR COMPANY USE ONLY

## POLICY INFORMATION

| TRANSACTION TYPE | PROPOSED RETROACTIVE DATE | LIMIT OF LIABILITY | RETAINED LIMIT |
|---|---|---|---|
| X  NEW | | $  2,000,000. | $ |
| RENEWAL | | $  EACH OCCURRENCE  1,000,000. | |

| EXPIRING POL #: | CURRENT RETROACTIVE DATE: | FIRST DOLLAR DEFENSE | YES | X | NO |
|---|---|---|---|---|---|

## PRIMARY LOCATION & SUBSIDIARIES (ACORD 126)

| # | NAME AND LOCATION OF PRIMARY AND ALL SUBSIDIARY COMPANIES (Describe Operations) | ANNUAL PAYROLL | ANN GROSS SALES | FOREIGN GROSS SALES | # EMPL |
|---|---|---|---|---|---|
| A | 525 LA COSTA AVE, ENCINITAS, CA 92024 | | 50,000 | | |
| B | 2225 MORNING GLORY, ENCINITAS, CA 92024 | | | | |

## UNDERLYING INSURANCE

LIST ALL LIABILITY/COMPENSATION POLICIES IN FORCE TO APPLY AS UNDERLYING INSURANCE

| TYPE | CARRIER/POLICY NUMBER | POLICY EFF DATE | POLICY EXP DATE | LIMITS | | ANNUAL RENEWAL PREMIUM | RATING MOD |
|---|---|---|---|---|---|---|---|
| AUTOMOBILE LIABILITY | PROGRESSIVE | 01/01/05 | 01/01/06 | CSL EA. ACC. | $ 1,000,000. | $ 1,500.00 | |
| | | | | BI EA. ACC. | $ | $ | |
| | | | | BI EA. PER. | $ | $ | |
| | | | | PD EA. ACC. | $ | $ | |
| GENERAL LIABILITY POLICY TYPE | CENTURY SURETY | | | EACH OCCURRENCE | $ 1,000,000. | PREM/OPS | |
| X  OCCUR | | | | GENERAL AGGR | $ | $ 2,425.00 | |
| | | | | PROD & COMP OPS AGGREGATE | $ | PRODUCTS | |
| CLAIMS MADE | | | | PERSONAL & ADV INJURY | $ | $ | |
| | | | | DAMAGE TO RENTED PREMISES | $ | OTHER | |
| | | | | MEDICAL EXPENSE | $ | $ | |
| EMPLOYERS LIABILITY | | | | EACH ACCIDENT | $ | | |
| | | | | DISEASE EACH EMPLOYEE | $ | $ | |
| | | | | DISEASE POLICY LIMIT | $ | | |

| UNDERLYING GENERAL LIABILITY INFORMATION (Explain all "YES" responses) | | | | |
|---|---|---|---|---|
| 1 | ARE DEFENSE COSTS: | X  WITHIN AGGREGATE LIMITS? | X  A SEPARATE LIMIT? | UNLIMITED? |
| 2 | INDICATE THE EDITION DATE OF THE ISO SIMPLIFIED FORM OR SIMILAR FILING FOR THE UNDERLYING COVERAGE: | | | |
| 3 | HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF INSURED FROM ANY PREVIOUS COVERAGE? | | | YES  X  NO |
| 4 | FOR CLAIMS MADE, INDICATE RETROACTIVE DATE OF CURRENT UNDERLYING POLICY: | | | |
| 5 | FOR CLAIMS MADE, INDICATE ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COVERAGE: | | | |
| 6 | FOR CLAIMS MADE, WAS "TAIL" COVERAGE PURCHASED FOR ANY PREVIOUS PRIMARY OR EXCESS POLICY? | YES, EFF. DATE: | | NO |

CHECK ALL COVERAGES IN UNDERLYING POLICIES. ALSO CHECK IF ANY EXPOSURES ARE PRESENT FOR EACH COVERAGE. PROVIDE AN EXPLANATION. EXPLAIN IF DIFFERENT LIMITS, EXTENSIONS, OR EXCLUSIONS. EXPLAIN ANY SPECIAL COVERAGES BEYOND STANDARD FORMS. EXPLAIN ALL EXPOSURES.

| CHECK IF APPROPRIATE | COVERAGE | EXPOSURE | COVERAGE | EXPOSURE |
|---|---|---|---|---|
| ANY AUTO (SYMBOL 1) | CARE, CUSTODY, CONTROL | | PROFESSIONAL LIABILITY (E&O) | |
| CGL - CLAIMS MADE | EMPLOYEE BENEFIT LIABILITY | | VENDORS LIABILITY | |
| X  CGL - OCCURRENCE | FOREIGN LIABILITY/TRAVEL | | WATERCRAFT LIABILITY | |
| COVERAGE   EXPOSURE | GARAGEKEEPERS LIABILITY | | | |
| AIRCRAFT LIABILITY | INCIDENTAL MEDICAL MALPRACTICE | | | |
| AIRCRAFT PASSENGER LIABILITY | LIQUOR LIABILITY | | | |
| ADDITIONAL INTERESTS | POLLUTION LIABILITY | | | |

UNDERLYING INSURANCE COVERAGE INFORMATION (INCLUDE ALL RESTRICTIONS; E.G. LASER ENDORSEMENTS, DISCRIMINATION, SUBROGATION WAIVERS, OR EXTENSIONS OF COVERAGE - ATTACH SEPARATE SHEET IF NECESSARY)

PREVIOUS EXPERIENCE: (GIVE DETAILS OF ALL LIABILITY CLAIMS EXCEEDING $10,000 OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS, DURING THE PAST 3 YEARS, WHETHER INSURED OR NOT, SPECIFY DATE, COVERAGE, DESCRIPTION, AMOUNT PAID, AMOUNT OUTSTANDING)

| NO SUCH CLAIMS |
|---|

ACORD 131 (2003/08)          ATTACH TO APPLICANT INFORMATION AND COMMERCIAL LIABILITY SECTIONS   © ACORD CORPORATION 1991

## CARE, CUSTODY, CONTROL

| LOC | PROPERTY TYPE | VALUE | A* | B* | C* | D* | SQ FT OF BLDG OCC | OCCUPANCY / DESCRIPTION OF PERSONAL PROPERTY |
|-----|---------------|-------|----|----|----|----|-------------------|----------------------------------------------|
| | REAL | | | | | | | |
| | PERSONAL | | | | | | | |

*APPLICANT: [A] IS HELD HARMLESS IN THE LEASE, [B] HAS A WAIVER OF SUBROGATION, [C] IS A NAMED INSURED IN THE FIRE POLICY, [D] OTHER (specify)

## ADDITIONAL EXPOSURES

| EXPLAIN ALL "YES" RESPONSES, PROVIDE OTHER INFORMATION REQUIRED | YES | NO | EXPLAIN ALL "YES" RESPONSES, PROVIDE OTHER INFORMATION REQUIRED | YES | NO |
|---|---|---|---|---|---|
| **ADVERTISING LIABILITY** | | | **POLLUTION LIABILITY** EPA#: | | |
| 1. MEDIA USED: ANNUAL COST: $ | | | 20. DO CURRENT OR PAST PRODUCTS, OR THEIR COMPONENTS, CONTAIN HAZARDOUS MATERIALS THAT MAY REQUIRE SPECIAL DISPOSAL METHODS? | | X |
| 2. ARE SERVICES OF AN ADVERTISING AGENCY USED? | | X | | | |
| 3. ANY COVERAGE PROVIDED UNDER AGENCY'S POLICY? | | X | 21. INDICATE THE COVERAGES CARRIED: | | |
| **AIRCRAFT LIABILITY** | | | GL WITH STANDARD ISO POLLUTION EXCLUSION | | |
| 4. DOES APPLICANT OWN/LEASE/OPERATE AIRCRAFT? | | X | GL WITH STANDARD SUDDEN & ACCIDENTAL ONLY | | |
| **AUTO LIABILITY** | | | GL WITH POLLUTION COVERAGE ENDORSEMENT | | |
| 5. ARE EXPLOSIVES, CAUSTICS, FLAMMABLES OR OTHER DANGEROUS CARGO HAULED? | | X | SEPARATE POLLUTION COVERAGE | | |
| 6. ARE PASSENGERS CARRIED FOR A FEE? | | X | **PRODUCT LIABILITY** | | |
| 7. ANY UNITS NOT INSURED BY UNDERLYING POLICIES? | | X | 22. ARE MISSILES, ENGINES, GUIDANCE SYSTEMS, FRAMES OR ANY OTHER PRODUCT USED / INSTALLED IN AIRCRAFT? | | X |
| 8. ARE ANY VEHICLES LEASED OR RENTED TO OTHERS? | | X | 23. ARE FOREIGN PRODUCTS DISTRIBUTED IN U.S.? | | X |
| 9. ARE HIRED AND NON-OWNED COVERAGES PROVIDED? | | X | 24. ARE U.S. PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES? | | X |
| **CONTRACTORS LIABILITY** | | | 25. PRODUCT LIABILITY LOSS IN PAST 3 YEARS? (SPECIFY) | | X |
| 10. IS BRIDGE, DAM, OR MARINE WORK PERFORMED? | | X | 26. GROSS SALES FROM EACH OF LAST 3 YEARS: | | |
| 11. DESCRIBE TYPICAL JOBS PERFORMED (ATTACH SEPARATE SHEETS): | | | $ $ $ | | |
| | | | **PROTECTIVE LIABILITY** | | |
| | | | 27. DESCRIBE INDEPENDENT CONTRACTORS (ATTACH SEPARATE SHEETS): | | |
| 12. DESCRIBE AGREEMENT (ATTACH SEPARATE SHEETS): | | | | | |
| 13. DOES APPLICANT OWN, RENT, OR OTHERWISE USE CRANES? | | X | | | |
| 14. DO SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN APPLICANT? | | X | **WATERCRAFT LIABILITY** | | |
| **EMPLOYERS LIABILITY** | | | 28. DOES APPLICANT OWN OR LEASE WATERCRAFT? | | X |
| 15. IS APPLICANT SELF-INSURED IN ANY STATE? | | X | # OWNED LENGTH HORSEPOWER | | |
| 16. SUBJECT TO: ☐ JONES ACT ☐ FELA ☐ STOP GAP ☐ OTHER: | | | | | |
| **INCIDENTAL MALPRACTICE LIABILITY** | | | **APARTMENTS / CONDOMINIUMS / HOTELS / MOTELS** | | |
| 17. IS A HOSPITAL OR FIRST AID FACILITY MAINTAINED? | | X | # STORIES # UNITS # SWIMMING POOLS # DIVING BOARDS | | |
| 18. ARE COVERAGES PROVIDED FOR DOCTORS / NURSES? | | X | | | |
| 19. INDICATE # OF DOCTORS: NURSES: BEDS: | | | | | |

## REMARKS VEHICLES

| | TYPE | # OWNED | # NON-OWNED | # LEASED | PROPERTY HAULED | 0-50 MI | 50-200 MI | OVER 200 MI |
|---|---|---|---|---|---|---|---|---|
| | PRIVATE PASSENGER | X | | | N/A | X | | |
| TRUCKS | LIGHT | X | | | N/A | X | | |
| | MEDIUM | | | | | | | |
| | HEAVY | | | | | | | |
| | EX. HEAVY | | | | | | | |
| TRUCKS/ TRACTORS | HEAVY | | | | | | | |
| | EX. HEAVY | | | | | | | |
| | BUSES | | | | | | | |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA insurance benefits may also be denied).

APPLICABLE ONLY IN INDIANA, LOUISIANA AND NEW HAMPSHIRE: OTHER STATE:
IF THE COMPANY TO WHICH I AM APPLYING OFFERS UNINSURED MOTORISTS (UM) [AND UNDERINSURED MOTORISTS (UIM) IN INDIANA] COVERAGE IN MY STATE, I ACKNOWLEDGE THAT (UM) [AND UIM IN INDIANA] COVERAGE HAS BEEN EXPLAINED TO ME, AND I HAVE BEEN OFFERED THE OPTION OF SELECTING UM OR UIM [IN] COVERAGE EQUAL TO MY LIABILITY LIMITS, UM OR UIM [IN] LIMITS LOWER THAN MY LIABILITY LIMITS, OR TO REJECT UM OR UIM [IN] COVERAGE ENTIRELY.
1. I SELECT UM LIMITS INDICATED ON THIS APPLICATION. [____] (INITIALS) OR 2. I REJECT UM COVERAGE IN ITS ENTIRETY. [____] (INITIALS)
APPLICABLE ONLY IN INDIANA:
1. I SELECT UIM LIMITS INDICATED ON THIS APPLICATION. [____] (INITIALS) OR 2. I REJECT UIM COVERAGE IN ITS ENTIRETY. [____] (INITIALS)

APPLICABLE ONLY IN VERMONT: IF THE COMPANY TO WHICH I AM APPLYING OFFERS UM COVERAGE, I ACKNOWLEDGE THAT I HAVE BEEN OFFERED UM COVERAGE EQUAL TO MY LIABILITY LIMITS. I HAVE SELECTED THE LIMITS INDICATED IN THIS APPLICATION.

| IMPORTANT THE STATEMENTS (ANSWERS) GIVEN ABOVE ARE TRUE AND ACCURATE. THE APPLICANT HAS NOT WILLFULLY CONCEALED OR MISREPRESENTED ANY MATERIAL FACT OR CIRCUMSTANCES CONCERNING THIS APPLICATION. THIS APPLICATION DOES NOT CONSTITUTE A BINDER. | APPLICANT'S SIGNATURE *Jon Jury* | DATE 11/01/2005 |
|---|---|---|

ACORD 131 (2002/08)

01/11/2007 03:58 PM 95613_30251

CCP419248

# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

**ACORD**

DATE (MM/DD/YYYY): 10/27/2006

| AGENCY | CARRIER | NAIC CODE | UNDERWRITER | UNDERWRITER OFF. |
|---|---|---|---|---|
| SCHELLER INSURANCE GROUP | | | | |

2804 EL CAMINO REAL
CARLSBAD, CA 92008

POLICIES OR PROGRAM REQUESTED

POLICY NUMBER

PHONE (A/C, No, Ext): 866-556-4646
FAX (A/C, No): 858-484-9400
E-MAIL ADDRESS:
CODE:                    SUB CODE:
AGENCY CUSTOMER ID:

INDICATE SECTIONS ATTACHED

| | | |
|---|---|---|
| PROPERTY | EQUIPMENT FLOATER | GARAGE AND DEALERS |
| GLASS AND SIGN | INSTALLATION/BUILDERS RISK | VEHICLE SCHEDULE |
| ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | ELECTRONIC DATA PROC | BOILER & MACHINERY |
| CRIME/MISCELLANEOUS CRIME | X COMMERCIAL GENERAL LIABILITY | WORKERS COMPENSATION |
| TRANSPORTATION/ MOTOR TRUCK CARGO | BUSINESS AUTO | UMBRELLA |
| | TRUCKERS/MOTOR CARRIER | |

## STATUS OF TRANSACTION

### PACKAGE POLICY INFORMATION

| X | QUOTE | | ISSUE POLICY | X | RENEW |
|---|---|---|---|---|---|

ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| | BOUND (Give Date and/or Attach Copy) | |
|---|---|---|

| | CHANGE | DATE | | TIME | | AM |
|---|---|---|---|---|---|---|

| | CANCEL | | | | | PM |
|---|---|---|---|---|---|---|

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 11/08/2006 | 11/08/2007 | X DIRECT BILL | | |
| | | AGENCY BILL | | |

## APPLICANT INFORMATION

NAME (First Named Insured & Other Named Insureds):

NEW BEGINNINGS FOR WOMAN, INC.

FEIN OR SOC SEC # (of First Named Insured):

PHONE (A/C, No, Ext): 760-840-0909

MAILING ADDRESS INCL ZIP+4 (of First Named Insured):
DBA / LA COSTA RETREAT
525 LA COSTA AVE.
ENCINITAS, CA 92024

E-MAIL ADDRESS(ES):

WEBSITE ADDRESS(ES):

DATE BUS STARTED: 2005

| | INDIVIDUAL | C | CORPORATION | | SUBCHAPTER "S" CORPORATION | | LLC |
|---|---|---|---|---|---|---|---|
| | PARTNERSHIP | | JOINT VENTURE | | NOT FOR PROFIT ORG. | | NO. OF MEMBERS AND MANAGERS |

GR BUREAU NAME

ID NUMBER

INSPECTION CONTACT

PHONE (A/C, No, Ext):

E-MAIL ADDRESS:

ACCOUNTING RECORDS CONTACT

PHONE (A/C, No, Ext):

E-MAIL ADDRESS:

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 525 LA COSTA AVE. ENCINITAS, CA 92024 | X INSIDE  OUTSIDE | X | OWNER  TENANT | 1978 | 1 | $70,000 | |
| | | | INSIDE  OUTSIDE | | OWNER  TENANT | | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

BED AND BREAKFAST

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | X |
| 1. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X |

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment) | | X |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | X |

REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied)

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| APPLICANT'S SIGNATURE John Turk | DATE 10/27/2006 | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER 0E19901 |
|---|---|---|---|

ACORD 125 (2004/03)

PLEASE COMPLETE REVERSE SIDE

© ACORD CORPORATION 1993.

01/11/2007 03:58 PM 95613_30251

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL COMMERCIAL LIABILITY LIMITS** | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | RETRO DATE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | GENERAL AGGREGATE | | | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | | | | | | | |
| | PERSONAL & ADV INJ | | | | | | | | | | | |
| | EACH OCCURRENCE | | | | | | | | | | | |
| | FIRE DAMAGE | | | | | | | | | | | |
| | MEDICAL EXPENSE | | | | | | | | | | | |
| | BODILY INJURY | OCCURRENCE | | | | | | | | | | |
| | | AGGREGATE | | | | | | | | | | |
| | PROPERTY DAMAGE | OCCURRENCE | | | | | | | | | | |
| | | AGGREGATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| **AUTOMOBILE LIABILITY** | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | |
| | BODILY INJURY | EA PERSON | | | | | | | | | | |
| | | EA ACCIDENT | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| **PROPERTY** | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | BUILDING | AMT | | | | | | | | | | |
| | PERS PROP | AMT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | LIMIT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |

## LOSS HISTORY

X CHK HERE IF NONE    SEE ATTACHED LOSS SUMMARY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (1 YEAR IN SS & NY)

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | NONE | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

ATTACHMENTS

STATE SUPPLEMENT(S) (if applicable)

REMARKS    NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

**NOTICE OF INSURANCE INFORMATION PRACTICES** PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2004/03)

01/11/2007 03:58 PM 95613_30251

# ACORD® COMMERCIAL GENERAL LIABILITY SECTION

| | DATE (MM/DD/YYYY) |
|---|---|
| | 10/27/2006 |

| AGENCY | PHONE (A/C, No, Ext): 866-556-4646 |
|---|---|
| | FAX (A/C, No): 858-484-9400 |

SCHEILER INSURANCE GROUP
2604 EL CAMINO REAL
CARLSBAD, CA 92008

| APPLICANT (First Named Insured) | NEW BEGINNINGS FOR WOMAN, INC. |
|---|---|

| EFFECTIVE DATE | EXPIRATION DATE | | | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|
| 11/08/2006 | 11/08/2007 | X | DIRECT BILL | | |
| | | | AGENCY BILL | | |

CODE: _____ SUB CODE: _____
AGENCY
CUSTOMER ID:

FOR COMPANY USE ONLY

## COVERAGES

| | | LIMITS | | PREMIUMS |
|---|---|---|---|---|
| X | COMMERCIAL GENERAL LIABILITY | GENERAL AGGREGATE | $ 1,000,000. | PREMISES/OPERATIONS |
| | CLAIMS MADE  X  OCCURRENCE | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 1,000,000. | |
| | OWNER'S & CONTRACTOR'S PROTECTIVE | PERSONAL & ADVERTISING INJURY | $ 1,000,000. | PRODUCTS |
| | | EACH OCCURRENCE | $ 1,000,000. | |
| DEDUCTIBLES | | DAMAGE TO RENTED PREMISES (each occurrence) | $ 50,000. | OTHER |
| PROPERTY DAMAGE | $ | MEDICAL EXPENSE (Any one person) | $ 2,000. | |
| BODILY INJURY | $  PER CLAIM | EMPLOYEE BENEFITS | $ | TOTAL |
| | $  PER OCCURRENCE | | | |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverage attach the applicable state Business Auto Section, ACORD 137)

## SCHEDULE OF HAZARDS

| LOCATION | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE | | PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PREM/OPS | PRODUCTS | PREM/OPS | PRODUCTS |
| 1 | BED&BREAKFAST | | | S=$70,000. | | | | | |
| | | | | P=OWNER | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES
(P) PAYROLL - PER $1,000/PAY
(A) AREA - PER 1,000/SQ FT
(C) TOTAL COST - PER $1,000/COST
(M) ADMISSIONS - PER 1,000/ADM
(U) UNIT - PER UNIT
(T) OTHER

| CLAIMS MADE (Explain all "Yes" responses) | | | | EMPLOYEE BENEFITS LIABILITY | |
|---|---|---|---|---|---|
| 1. PROPOSED RETROACTIVE DATE: | | | | 1. DEDUCTIBLE PER CLAIM:  $ | |
| 2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV: | | | | 2. NUMBER OF EMPLOYEES: | |
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | | YES | NO X | 3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS: | |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | | X | 4. RETROACTIVE DATE: | |
| REMARKS | | | | REMARKS | |

ACORD 126 (2004/03)    PLEASE COMPLETE REVERSE SIDE    © ACORD CORPORATION 1993

01/11/2007 03:58 PM 95613_30251

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | X | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: 0 | % OF WORK SUBCONTRACTED: 0 | # FULL-TIME STAFF: 1 | # PART-TIME STAFF: 0 |
|---|---|---|---|---|

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| BED & BREAKFAST | $70,000. | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT        ACORD 45 attached for additional names

| INTEREST | RANK | NAME AND ADDRESS | REFERENCE #. | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|---|
| X ADDITIONAL INSURED | | TBA | | | | LOCATION: ___ BUILDING: ___ |
| LOSS PAYEE | | | | | | VEHICLE: ___ BOAT: ___ |
| MORTGAGEE | | | | | | SCHEDULED ITEM NUMBER: |
| LIENHOLDER | | | | | | OTHER |
| EMPLOYEE AS LESSOR | | | | | | |
| | | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| | | | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| | | | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY:SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

ACORD 126 (2004/03)                    **ATTACH TO APPLICANT INFORMATION SECTION**

**EXHIBIT C**

1 | Virginia C. Nelson, Esq., State Bar No. 89953
Noel A. Fischer, Esq., State Bar No. 232553
2 | LAW OFFICES OF VIRGINIA C. NELSON
550 West C Street, Suite 2050
3 | San Diego, CA 92101
Phone (619) 232-5503
4 | Fax (619) 232-5488

5 | Attorneys for Plaintiffs ANITA M. WEINBERG
and MICHAEL D. WEINBERG

6

7

8 | **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

9

10 | ANITA M. WEINBERG and                    ) Case No.   37-2008-00078351-CU-MM-CTL
MICHAEL D. WEINBERG,                       )
11 |                                          ) IC Judge:
                             Plaintiffs,    ) Dept:
12 | vs.                                      )
                                            ) **COMPLAINT FOR PERSONAL INJURY
13 | SCOTT W. BARTTELBORT, M.D., MID          ) AND BREACH OF CONTRACT**
COUNTY SURGICAL ASSOCIATES L.P.,           )
14 | doing business as HEALTHSOUTH UTC        ) As to Plaintiff ANITA M. WEINBERG
SURGICENTER, NEW BEGINNINGS FOR            ) 1. Medical Negligence
15 | WOMEN, INC., doing business as LA        ) 2. Negligence
COSTA COSMETIC RETREAT, PAULA L.           ) 3. Breach of Contract
16 | TURK, R.N., and DOES 1 through 30,       )
inclusive,                                 ) As to Plaintiff MICHAEL D. WEINBERG
17 |                                          ) 4. Loss of Consortium
                             Defendants.    )
18 | _____ ) (General Civil Case)

19

20 |      COMES NOW Plaintiffs ANITA M. WEINBERG and MICHAEL D. WEINBERG, for

21 | causes of action against defendants, and each of them, and allege as follows:

22 |                        **FIRST CAUSE OF ACTION**

23 |           (Medical Negligence as to Plaintiff ANITA M. WEINBERG)

24 |      1.    The true names and capacities of the defendants DOE 1 through DOE 30,

25 | inclusive, are unknown to plaintiffs who therefore sue said defendants by such fictitious names;

26 | plaintiffs are informed and believe, and thereon allege, that each of the defendants designated

27 | ///

28

1

1   herein as a DOE is responsible in some manner for the events and happenings herein referred to

2   and caused injuries and damages proximately thereby to plaintiffs as herein alleged.

3       2.    Plaintiffs are informed and believe, and thereon allege, that at all times herein

4   mentioned, each of the defendants was the agent, servant and employee of the remaining co-

5   defendants and as such was acting within the time, place, purpose and scope of said employment

6   and agency and each defendant has ratified, authorized and approved the acts of his agents.

7       3.    At all times herein mentioned, Defendant SCOTT W. BARTTELBORT, M.D.

8   (hereinafter referred to as BARTTELBORT) and DOES 1 through 5, inclusive, and each of them,

9   were practicing physicians, surgeons, medical providers and clinics in the County of San Diego,

10   State of California, duly licensed to practice medicine under the laws of the State of California.

11   The above-named defendants, and each of them, at all times herein mentioned represented and

12   held themselves out to the public and to these plaintiffs as being skilled, careful and diligent in

13   the practice of the profession of medicine and surgery.

14       4.    At all times herein mentioned, Defendants MID COUNTY SURGICAL

15   ASSOCIATES L.P. and DOES 6 through 10, inclusive, were corporations, partnerships,

16   joint ventures, or other entities organized and existing under the laws of the State of California,

17   with their principal place of business situated in the State of California.

18       5.    At all times herein mentioned Defendant MID COUNTY SURGICAL

19   ASSOCIATES L.P. and DOES 6 through 10, inclusive, owned, operated, managed, maintained

20   and controlled a certain hospital known as HEALTHSOUTH UTC SURGICENTER in the City

21   of San Diego, County of San Diego, State of California.  Said defendants, and each of them,

22   owned, managed, directed and controlled ancillary services and facilities incidental to the

23   operation of a medical group rendering services to patients confined to said hospital.

24       6.    At all times herein mentioned, defendants DOES 11 through 15, inclusive were

25   doctors, nurses, attendants, employees, agents, assistants, technologists, and consultants and the

26   like, of Defendants MID COUNTY SURGICAL ASSOCIATES L.P. and, and DOES 6 though

27   10, inclusive, and each of them.

28

7.    At all times herein mentioned, Defendants NEW BEGINNINGS FOR WOMEN, INC. and DOES 16 through 20, inclusive, were corporations, partnerships, joint ventures, or other entities organized and existing under the laws of the State of California, with their principal place of business situated in the State of California.

8.    At all times herein mentioned Defendant NEW BEGINNINGS FOR WOMEN, INC. and DOES 16 through 20, inclusive, owned, operated, managed, maintained and controlled a certain facility known as LA COSTA COSMETIC RETREAT in the City of San Diego, County of San Diego, State of California. Said defendants, and each of them, owned, managed, directed and controlled ancillary services and facilities incidental to the operation of said facility.

9.    At all times herein mentioned, defendants DOES 21 through 25, inclusive were doctors, nurses, attendants, employees, agents, assistants, technologists, and consultants and the like, of Defendants NEW BEGINNINGS FOR WOMEN, INC. and, and DOES 16 though 20, inclusive, and each of them.

10.    At all times herein mentioned, Defendant PAULA L. TURK, R.N. (hereinafter referred to as TURK) and DOES 26 through 30, inclusive, and each of them, were practicing physicians, surgeons, medical providers and clinics in the County of San Diego, State of California, duly licensed to practice nursing under the laws of the State of California. The above named defendants, and each of them, at all times herein mentioned represented and held themselves out to the public and to these plaintiffs as being skilled, careful and diligent in the practice of the profession of nursing.

11.    On or about January 5, 2007, in reliance upon the aforementioned representations and invitations of the defendants, Plaintiff ANITA M. WEINBERG consulted with Defendant BARTTELBORT and DOES 1 through 5, and each of them, for examination, diagnosis, care and treatment. On or about February 21, 2007, said defendants, and each of them, undertook to examine, diagnose, treat, care for and render incidental medical services upon the person and body of Plaintiff ANITA M. WEINBERG.

///

3

12.     On or after February 21, 2007, Plaintiff ANITA M. WEINBERG entered Defendants HEALTHSOUTH UTC SURGICENTER and DOES 6 through 15, inclusive, and each of them as a patient and remained in said hospital under the care and treatment of the defendants, and each of them, for some time thereafter.

13.     On or after February 22, 2007, Plaintiff ANITA M. WEINBERG entered Defendant LA COSTA COSMETIC RETREAT and DOES 16 through 25, inclusive, and each of them as a patient and remained in said facility for some time thereafter.

14.     On or after February 22, 2007, Plaintiff ANITA M. WEINBERG entered Defendants TURK's and DOES 26 through 30, inclusive, and each of them, care as a patient and Plaintiff ANITA M. WEINBERG remained under the care and treatment of the defendants, and each of them, for some time thereafter.

15.     During said period of time up to and including February 25, 2007, defendants, and each of them, so negligently and carelessly examined, diagnosed, cared for, treated and rendered medical services upon the person and body of the Plaintiff ANITA M. WEINBERG and so negligently and carelessly operated, managed, controlled and conducted their services and activities in connection with plaintiff's care and treatment, and so negligently and carelessly failed to properly ensure the character, quality, ability and competence of individuals treating patients that as a direct and proximate result thereof, Plaintiff ANITA M. WEINBERG was caused to and did suffer the injuries hereinafter alleged.

16.     In the course of the aforementioned examination, diagnosis, prescription of drugs and medication, administration of care and treatment, performance of surgical procedures, defendants, and each of them, negligently failed to possess and exercise the standard of care, knowledge, skill ordinarily possessed by said doctors, nurses, attendants, employees, agents, assistants, technologists, consultants and the like.

17.     As a direct and proximate result of the aforesaid negligence of the defendants, and each of them, Plaintiff ANITA M. WEINBERG was injured in her health, strength and activity,

///

4

1  sustaining severe shock and injury to her nervous system and person, causing her mental,

2  physical and nervous pain and suffering and resulting in disability all to her damage.

3      18.    As a direct and proximate result of the aforesaid negligence of the defendants, and

4  each of them, ANITA M. WEINBERG, was compelled to and did employ physicians and

5  surgeons to examine, treat and care for her and did incur hospital and incidental expenses and she

6  is informed and believes and thereon alleges that she will necessarily by reason of said injuries

7  incur additional like expenses in the future.

8      19.    As a direct and proximate result of the aforesaid negligence of the defendants, and

9  each of them, plaintiff ANITA M. WEINBERG was prevented from attending to her usual

10  occupation and plaintiff ANITA M. WEINBERG is informed and believes, and thereon alleges

11  that she will thereby be prevented from attending to said usual occupation for indefinite periods

12  of time in the future.

13      20.    As a direct and proximate result of the aforementioned negligence of the

14  defendants, and each of them, plaintiffs are entitled to prejudgment interest on all damages as

15  allowed by the laws of California, in a sum according to proof.

16      21.    On November 21, 2007, plaintiffs mailed to Defendants BARTTELBORT,

17  HEALTHSOUTH UTC SURGICENTER, and TURK, each a notice of intention to commence

18  an action based upon professional negligence.

19      22.    At all times herein mentioned, the Plaintiff ANITA M. WEINBERG was in the

20  exclusive control of the defendants, and each of them, and that at no time prior to the events,

21  conduct, activities, care and treatment herein complained of did the defendants herein, or any of

22  them, obtain knowledgeable, informed consent for said care, treatment or conduct; that prior to

23  the initiation of or performance of said care, treatment, procedure or conduct, no opportunity was

24  afforded to the Plaintiff or any authorized agent of the Plaintiff to exercise voluntary,

25  knowledgeable and informed consent to said care, treatment, procedure or conduct.

26  ///

27  ///

28

## SECOND CAUSE OF ACTION

### (Negligence as to Plaintiff ANITA M. WEINBERG)

23.    Plaintiffs incorporate by reference as though fully set forth herein paragraphs 1 through 22 of this complaint.

24.    On or about February 22, 2007, Plaintiff ANITA M. WEINBERG entered the Defendant LA COSTA COSMETIC RESORT, based upon representations she would be under continual care and treatment at that facility. Plaintiff ANITA M. WEINBERG remained at said facility until February 25, 2007.

25.    The representations made to Plaintiff ANITA M. WEINBERG by Defendant LA COSTA COSMETIC RESORT created an expectation that Defendant LA COSTA COSMETIC RESORT, and DOES 16 through 25, and each of them, would observe, treat, and care for Plaintiff ANITA M. WEINBERG during her stay at the facility.

26.    Defendant LA COSTA COSMETIC RESORT and DOES 16 through 25, and each of them engaged in the enterprise of providing lodging, care, treatment, transportation, pampering, reassurance, notification of physicians, and incidental services to their customers.

27.    During said period of time up to and including February 25, 2007, defendant LA COSTA COSMETIC RESORT and DOES 16 through 25, and each of them, so negligently and carelessly observed, treated, and cared for and upon the person and body of the Plaintiff ANITA M. WEINBERG and so negligently and carelessly operated, managed, controlled and conducted their services and activities in connection with plaintiff's care and treatment, that as a direct and proximate result thereof, Plaintiff ANITA M. WEINBERG was caused to and did suffer the injuries hereinafter alleged.

28.    As a direct and proximate result of the aforesaid negligence of the defendants, and each of them, Plaintiff ANITA M. WEINBERG was injured in her health, strength and activity, sustaining severe shock and injury to her nervous system and person, causing her mental, physical and nervous pain and suffering and resulting in disability all to her damage.

///

6

29.    As a direct and proximate result of the aforesaid negligence of the defendants, and each of them, ANITA M. WEINBERG, was compelled to and did employ physicians and surgeons to examine, treat and care for her and did incur hospital and incidental expenses and she is informed and believes and thereon alleges that she will necessarily by reason of said injuries incur additional like expenses in the future.

30.    As a direct and proximate result of the aforesaid negligence of the defendants, and each of them, plaintiff ANITA M. WEINBERG was prevented from attending to her usual occupation and plaintiff ANITA M. WEINBERG is informed and believes, and thereon alleges that she will thereby be prevented from attending to said usual occupation for indefinite periods of time in the future.

31.    As a direct and proximate result of the aforementioned negligence of the defendants, and each of them, plaintiffs are entitled to prejudgment interest on all damages as allowed by the laws of California, in a sum according to proof.

### THIRD CAUSE OF ACTION

**(Breach of Contract as to Plaintiff ANITA M. WEINBERG)**

32.    Plaintiffs incorporate by reference as though fully set forth herein paragraphs 1 through 31 of this complaint.

33.    On or about January 15, 2007, Defendant BARTTELBORT and DOES 1 through 5, inclusive, and each of them, and Plaintiff ANITA M. WEINBERG entered in written agreement wherein Defendant BARTTELBORT agreed to perform, amongst other procedures, a procedure known as a "Reduction Mammaplasty Bilateral" for the consideration of a sum according to proof. This procedure was to be performed on February 21, 2007. This agreement was entered into by Plaintiff ANITA M. WEINBERG based upon the oral and written representations of Defendant BARTTELBORT and DOES 1 through 5, inclusive, and each of them.

34.    Plaintiff ANITA WEINBERG paid in full for the contracted "Reduction Mammaplasty Bilateral."

7

35.   On or about February 21, 2007, Defendant BARTTELBORT and DOES 1 through 5, inclusive, and each of them, breach this written agreement by failing to perform the "Reduction Mammaplasty Bilateral" procedure on the body and person of Plaintiff ANITA M. WEINBERG.

36.   As a result of Defendant BARTTELBORT's breach of contract, Plaintiff ANITA M. WEINBERG has been damaged in the amount of a sum according to proof.

FOURTH CAUSE OF ACTION

(Loss of Consortium as to Plaintiff MICHAEL D. WEINBERG)

37.   Plaintiffs incorporate by reference as though fully set forth herein paragraphs 1 through 36 of this complaint.

38.   Plaintiffs were married on January 25, 1987, and at all times relevant to this action were, and now are, husband and wife.

39.   Prior to the injuries, Plaintiff ANITA M. WEINBERG was able to and did perform her duties as a spouse. Subsequent to the injuries and as a proximate result thereof, Plaintiff MICHAEL D. WEINBERG'S spouse has been disabled and unable to perform the necessary duties as a wife, including the work and services normally performed in the care, maintenance and management of the family home and Plaintiff MICHAEL D. WEINBERG'S spouse will be unable to perform such work, services and duties in the future. By reason thereof, Plaintiff MICHAEL D. WEINBERG has been deprived of Plaintiff ANITA M. WEINBERG'S services in the maintenance and management of the family home and the aid, assistance, society, companionship and consortium of Plaintiff ANITA M. WEINBERG and will be so deprived for an indefinite time in the future, all to Plaintiff MICHAEL D. WEINBERG'S great detriment and loss.

WHEREFORE, Plaintiffs ANITA M. WEINBERG and MICHAEL D. WEINBERG, pray judgment against the defendants, and each of them, as follows:

FIRST, SECOND, AND FOURTH CAUSES OF ACTION

1.   For general damages, according to proof;

8

2.     For all medical and incidental expenses, according to proof;

3.     For special damages, according to proof;

4.     For loss of earnings and earning capacity, according to proof;

5.     For interest on all damages as allowed by the laws of California, according to proof;

6.     For all costs of suit; and

7.     For such other and further relief as the court may deem just and proper.

## THIRD CAUSE OF ACTION

1.     Damages in the amount of a sum according to proof.

2.     For such other and further relief as the court may deem just and proper.

DATED: 2/20/08        LAW OFFICES OF VIRGINIA C. NELSON

By: _____

Virginia C. Nelson
Noel A. Fischer
Attorneys for Plaintiffs ANITA M. WEINBERG
and MICHAEL D. WEINBERG

9

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 149817    — MS
* * C O P Y * *
April 16, 2008
12:26:38**

**Civ Fil Non-Pris**
USAO #.: 08CV691 WQH
Amount.:                    $350.00 CK
Check#.: BC9856


**Total—> $350.00**


FROM: CENTURY SURETY COMPANY

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CENTURY SURETY COMPANY

## DEFENDANTS
NEW BEGINNINGS FOR WOMEN, INC    08 APR 16  PM 12: 18

(b) County of Residence of First Listed Plaintiff    Franklin
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
BY                    DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Gregory B. Scher, Esq., Woolls & Peer, 1 Wilshire Blvd., 22nd Fl.,
Los Angeles, California  90017-3323    (213) 629-1600

Attorneys (If Known)

'08 CV 691 WQH POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

□ 1 U.S. Government Plaintiff

□ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | ☒ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | □ 610 Agriculture | □ 422 Appeal 28 USC 158 | □ 400 State Reapportionment |
| □ 120 Marine | □ 310 Airplane | □ 362 Personal Injury - Med. Malpractice | □ 620 Other Food & Drug | □ 423 Withdrawal 28 USC 157 | □ 410 Antitrust |
| □ 130 Miller Act | □ 315 Airplane Product Liability | □ 365 Personal Injury - Product Liability | □ 625 Drug Related Seizure of Property 21 USC 881 | | □ 430 Banks and Banking |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander | □ 368 Asbestos Personal Injury Product Liability | □ 630 Liquor Laws | **PROPERTY RIGHTS** | □ 450 Commerce |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers' Liability | | □ 640 R.R. & Truck | □ 820 Copyrights | □ 460 Deportation |
| □ 151 Medicare Act | □ 340 Marine | **PERSONAL PROPERTY** | □ 650 Airline Regs. | □ 830 Patent | □ 470 Racketeer Influenced and Corrupt Organizations |
| □ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | □ 345 Marine Product Liability | □ 370 Other Fraud | □ 660 Occupational Safety/Health | □ 840 Trademark | □ 480 Consumer Credit |
| | | □ 371 Truth in Lending | □ 690 Other | | □ 490 Cable/Sat TV |
| □ 153 Recovery of Overpayment of Veteran's Benefits | □ 350 Motor Vehicle | □ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | □ 810 Selective Service |
| □ 160 Stockholders' Suits | □ 355 Motor Vehicle Product Liability | □ 385 Property Damage Product Liability | □ 710 Fair Labor Standards Act | □ 861 HIA (1395ff) | □ 850 Securities/Commodities/Exchange |
| □ 190 Other Contract | □ 360 Other Personal Injury | | □ 720 Labor/Mgmt. Relations | □ 862 Black Lung (923) | □ 875 Customer Challenge 12 USC 3410 |
| □ 195 Contract Product Liability | | | □ 730 Labor/Mgmt.Reporting & Disclosure Act | □ 863 DIWC/DIWW (405(g)) | □ 890 Other Statutory Actions |
| □ 196 Franchise | | | □ 740 Railway Labor Act | □ 864 SSID Title XVI | □ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | □ 790 Other Labor Litigation | □ 865 RSI (405(g)) | □ 892 Economic Stabilization Act |
| □ 210 Land Condemnation | □ 441 Voting | □ 510 Motions to Vacate Sentence | □ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | □ 893 Environmental Matters |
| □ 220 Foreclosure | □ 442 Employment | **Habeas Corpus:** | | □ 870 Taxes (U.S. Plaintiff or Defendant) | □ 894 Energy Allocation Act |
| □ 230 Rent Lease & Ejectment | □ 443 Housing/ Accommodations | □ 530 General | | □ 871 IRS—Third Party 26 USC 7609 | □ 895 Freedom of Information Act |
| □ 240 Torts to Land | □ 444 Welfare | □ 535 Death Penalty | **IMMIGRATION** | | □ 900 Appeal of Fee Determination Under Equal Access to Justice |
| □ 245 Tort Product Liability | □ 445 Amer. w/Disabilities - Employment | □ 540 Mandamus & Other | □ 462 Naturalization Application | | |
| □ 290 All Other Real Property | □ 446 Amer. w/Disabilities - Other | □ 550 Civil Rights | □ 463 Habeas Corpus - Alien Detainee | | □ 950 Constitutionality of State Statutes |
| | □ 440 Other Civil Rights | □ 555 Prison Condition | □ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
□ 2 Removed from State Court
□ 3 Remanded from Appellate Court
□ 4 Reinstated or Reopened
□ 5 Transferred from another district (specify)
□ 6 Multidistrict Litigation
□ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332, 28 U.S.C. Section 1391
Brief description of cause:
Rescission and Declaratory Relief

## VII. REQUESTED IN COMPLAINT:
□ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes □ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
04/15/2008

SIGNATURE OF ATTORNEY OF RECORD
Greg Ace

**FOR OFFICE USE ONLY**

RECEIPT # 149817    AMOUNT $350    APPLYING IFP ___    JUDGE ___    MAG. JUDGE ___

MS 4/16

# ORIGINAL