Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 16 PM 12:26
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation,<br><br>vs<br><br>NEW BEGINNINGS FOR WOMEN, INC., a California corporation | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>'08 CV 691 WQH POR |

TO: (Name and Address of Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gregory B. Scher, Esq.
Woolls & Peer, a Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017-3323

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

J. HINKLE

By _____, Deputy Clerk

APR 1 6 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)