**CHRISTOPHER J. BRIGGS, ATTORNEY AT LAW**
CHRISTOPHER J. BRIGGS, SB #205000
10601 Tierrasanta Blvd., Suite 213
San Diego, CA 92124
(619)665-9402/(619)245-2464
chris@briggslawyer.com

Attorney for Defendant
NEW BEGINNINGS FOR WOMEN, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation<br><br>                    Plaintiff,<br><br>       v.<br><br>NEW BEGINNINGS FOR WOMEN, INC., a California corporation,<br><br>                    Defendants. | CV NO. 08cv691 WQH (POR)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY BY DEFENDANT, NEW BEGINNINGS FOR WOMEN, INC.**<br><br>**FED. R. CIV. PROC. 12(b)(7)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Date:         July 7, 2008<br>Time:         11:00 a.m.<br>Courtroom:  4<br>Judge:        Hon. William Q. Hayes |

TO PLAINTFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT ON July 7, 2008 at 11:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 of the above entitled court, located at 940 Front Street, San Diego, California, Defendant, New Beginnings for Women, Inc. ("New Beginnings") will and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(7) for an order dismissing this action on the ground that the Plaintiff has failed to join a party under Federal Rule of Civil Procedure 19.

1  This motion is based on this Notice of Motion and Motion, the supporting Memorandum of
2  Points and Authorities cited therein, the Declaration of John Turk and exhibits thereto, the
3  Declaration of Christopher J. Briggs and the exhibit thereto, all filed herewith, oral argument as
4  permitted by the Court, and any such other matters that the Court deems appropriate.

6  DATED: May 16, 2008          By:    s/Christopher J. Briggs
7                                       **CHRISTOPHER J. BRIGGS**
                                         Attorney for Defendant,
8                                        NEW BEGINNINGS FOR WOMEN, INC.