**CHRISTOPHER J. BRIGGS, ATTORNEY AT LAW**
CHRISTOPHER J. BRIGGS, SB #205000
10601 Tierrasanta Blvd., Suite 213
San Diego, CA 92124
(619)665-9402/(619)245-2464
chris@briggslawyer.com

Attorney for Defendant
NEW BEGINNINGS FOR WOMEN, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation<br><br>Plaintiff,<br><br>v.<br><br>NEW BEGINNINGS FOR WOMEN, INC., a California corporation,<br><br>Defendants. | CV NO. 08cv691 WQH (POR)<br><br>**DECLARATION OF JOHN TURK IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT, NEW BEGINNINGS FOR WOMEN, INC.**<br><br>**FED. R. CIV. PROC. 12(b)(7)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Date:      July 7, 2008<br>Time:     11:00 a.m.<br>Courtroom: 4<br>Judge:    Hon. William Q. Hayes |

I, John Turk, hereby declare:

1. Since the time of its corporate inception, I have been, and currently still am, the President for New Beginnings for Women, Inc.

2. I utilized the services of Ken Scheiler from Scheiler Insurance Group to purchase comprehensive general liability for New Beginnings for Women, Inc. for the policy period of November 8, 2006 through November 8, 2007. Per my interactions with and representations made to me by Ken Scheiler, I understood and believed Ken Scheiler and/or Scheiler Insurance Group to

---

1
DECLARATION OF JOHN TURK IN SUPPORT OF MOTION TO DISMISS
08CV691 WQH (POR)

be acting as the agent for Century Surety Company vis a vis the purchase and sale of the comprehensive general liability policy for the period 11/08/06 – 11/08/07.

3. I understood and believed Century Surety Company to be charging a premium of one thousand nine hundred sixty-nine dollars and eighty-five cents ($1,969.85) for the comprehensive general liability policy covering New Beginnings for Women, Inc. for the period 11/08/06 – 11/08/07. Attached hereto as Exhibit A is a copy of an 11/06/06 letter from Scheiler Insurance Group to New Beginnings for Women, Inc., wherein the aforementioned price ($1,969.85) is set forth.

4. On behalf of New Beginnings for Women, Inc., I paid $1,969.85 for the comprehensive general liability policy covering the time of 11/08/06 – 11/08/07. Attached as Exhibit B is a copy of the check for the aforementioned $1,969.85 payment.

5. On April 16, 2008, I received correspondence from an attorney acting on behalf of Century Surety Company (Gregory B. Scher, Esq.), which was dated April 15, 2008. A copy of Attorney Scher's 4/15/08 letter is attached as Exhibit C. On the second page of Attorney Scher's letter, he incorrectly claimed that five hundred fifty-one dollars and ninety-nine cents ($551.99) of the original premium paid had been returned when the comprehensive general liability policy from Century Surety Company for the policy period 11/08/06 – 11/08/07 was cancelled. To my knowledge, no such payment was ever made.

6. Per my interactions with and the representations made to me by Ken Scheiler, I understood and believed that there was a <u>two</u> million dollar ($2,000,000) coverage limit for general aggregate coverage per the comprehensive general liability policy issued by Century Surety Company to New Beginnings for Women, Inc., which had been assigned policy number CCP419248. I received a certificate of liability insurance (attached as Exhibit D) which corroborated the foregoing. <u>See also</u> Exhibit A.

7. It was my understanding and belief that Century Surety Company understood that comprehensive general liability policy CCP419248 (for 11/08/06 – 11/08/07) was being issued to New Beginnings for Women, Inc. with Century Surety Company's understanding and awareness

that New Beginnings for Women, Inc. was doing business as La Costa Cosmetic Retreat and that the nature of the business was a cosmetic retreat. See Exhibit D.

8. On multiple occasions, which occurred prior to any suggestion that the comprehensive general liability coverage being afforded by Century Surety Company to New Beginnings for Women, Inc. would and/or might be cancelled, persons (whom I understood and/or believed to be the agents and/or otherwise acting on behalf of Century Surety Company) visited the insured premises (at 525 La Costa Avenue, Encinitas, California). During said visits, the nature of the business and the condition of said premises (which remains the same to this date) was openly and obviously a cosmetic retreat.

9. Per my interactions with and the representations made to me by Ken Scheiler, I understood that the insurance coverage being afforded to New Beginnings for Women, Inc. from Century Surety Company was the appropriate type of comprehensive coverage that New Beginnings for Women, Inc. should have, and that it was being obtained in a wholly and entirely appropriate manner.

10. I have reviewed the purported copies of applications for New Beginnings for Women, Inc. that were attached as Exhibit B to the Complaint filed by Century Surety Company against New Beginnings for Women, Inc. (Case No. 08cv691 WQH POR). There are multiple documents in the aforementioned applications that purport to contain my signature which, in truth and fact, do not contain my signature. Such documents include, but are not limited to, a purported signature by me beneath a "FRAUD WORDING" and another purported signature where my name was spelled "Jon." See Exhibit B of Plaintiff's Complaint. My name is spelled "John". I have never spelled my name "Jon". I have never authorized anyone to sign on my behalf, nor would I agree to do so. The aforementioned purported application documents submitted by Century Surety Company also contain documents that I have never previously seen.

11. I do not know if Ken Scheiler and/or others from and/or otherwise acting on behalf of Century Surety Company have forged or attempted to forge my signature.

12. I considered (and still consider) the purchase of comprehensive general liability insurance for New Beginnings for Women, Inc. through Century Surety Company to be a

1 | conservative, cautious and prudent business act. A very important aspect of said purchase was to
2 | obtain assurance and peace of mind that the business was truly and indeed comprehensively
3 | covered. I did not, would not, and would never knowingly do anything to undermine the broad
4 | scope of the insurance coverage that I rightfully understood and believed was being purchased by
5 | me on behalf of New Beginnings for Women, Inc.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on May 14, 2008 at Oceanside, California.

JOHN TURK

# EXHIBIT A

# SCHEILER INSURANCE GROUP

2604 El Camino Real, Suite B372, Carlsbad, CA 92008  Phone: 866.556.4646  Fax: 858.484.9400

November 6, 2006

New Beginnings For Women, Inc
DBA / La Costa Retreat
525 La Costa Avenue
Encinitas, CA 92024

Re: Insurance Renewal

Dear John:

CONGRATULATIONS.....YOUR APPLICATION HAS BEEN APPROVED. Thank you for allowing us to renew your company's insurance. The Scheiler Insurance Group has an excellent reputation protecting California businesses; and we strive to provide all of our clients with outstanding personalized attention.

Policy Type: General Liability Coverage
Insurance Company: Century Surety
Policy Period: 11/08/06 to 11/08/07

| | | | | |
|---|---|---|---|---|
| General Aggregate: | $ 2,000,000. | Annual Premium & Fees: | $ | 1,969.85 |
| Personal Ad Injury: | $ 1,000,000. | Down Payment: | $ | 1,369.10 |
| Each Occurrence: | $ 1,000,000. | 9 Monthly Payments: | $ | 69.41 |
| Damage to Premises: | $ 50,000. | | | |
| Business Property: | $ xxxxxxxx | | | |
| Medical Expense: | $ 5,000. | | | |

Please make your check to Scheiler Insurance Group

Conditions:
Insurance premiums and exposures are subject to final audit.
Taxes and Fees 100% fully earned. Premiums 25% fully earned.
Subject to inspection.

_____
SIGNATURE OF APPLICANT

EXHIBIT __A__ PAGE _1_

# EXHIBIT B



EXHIBIT __B__ PAGE _2_

# EXHIBIT C

# WOOLLS & PEER
A PROFESSIONAL CORPORATION

ONE WILSHIRE BOULEVARD
22ND FLOOR
LOS ANGELES, CALIFORNIA 90017-3323
TELEPHONE: (213) 629-1600
FACSIMILE: (213) 629-1660

Direct Dial: (213) 629-8793
E-mail: gscher@woollspeer.com

GREGORY B. SCHER

April 15, 2008

**CERTIFIED MAIL**

Christopher J. Briggs
Attorney At Law
10601 Tierrasanta Boulevard, Suite 213
San Diego, California 92124

John and Paula Turk
New Beginnings for Women, Inc. dba La Costa Retreat
525 La Costa Avenue
Encinitas, CA 92024

Re:  *Weinberg v. New Beginnings for Women, Inc., et al.*
Century Surety Claim No.:  54576
Our File No.:  11439

Dear Mr. Briggs and Mr. & Ms. Turk:

On or about March 7, 2008, you tendered the above referenced action to Century Surety Company ("Century Surety") asking that it defend and indemnify New Beginnings for Women, Inc. dba La Costa Retreat ("New Beginnings") against the claims Ms. Weinberg asserted in the referenced action. Century Surety responded to that tender on April 10, 2008, agreeing to provide a defense, pursuant to a reservation of rights.

Century Surety has reviewed New Beginnings' insurance applications and other records relating to the three policies of insurance it issued to New Beginnings. New Beginnings represented in the applications that it did not employ or contract with any medical professionals and that it does not provide any sort of medical care. Yet New Beginnings' website, as well as Ms. Weinberg in her Complaint, reveals contrary information. We note that Ms. Weinberg alleges that Ms. Turk, a registered nurse, did provide some medical services. Consequently, it appears as if the application for insurance contains inaccurate information about the nature of New Beginnings' business. The representations on New Beginnings' application were material to Century Surety's underwriting decisions. Century Surety relied on the accuracy of those representations in deciding to issue the policies and set an appropriate premium. As the representations were apparently false, Century Surety has concluded that rescission of all three policies (CCP-291728, CCP-391901 and CCP-419248) issued to New Beginnings is appropriate.

By this letter, Century Surety advises you that it is rescinding each of the policies issued to New Beginnings. As required by statute, Century Surety refunds all outstanding premiums on


EXHIBIT C  PAGE 3

Christopher J. Briggs, Esq.
John and Paula Turk
*Weinberg v. New Beginnings for Women, Inc., et al.*
April 15, 2008
Page 2

those policies with the enclosed check in the amount of $5,809.30. That amount does not include $551.99 which was previously returned when CCP-419248 was cancelled in February, 2007.

Cordially,

Gregory B. Scher

GBS/
Enclosure

EXHIBIT C PAGE 4

**WOOLLS & PEER  A PROFESSIONAL CORPORATION**

4/15/2008   New Beginnings for Women, Inc.   9855

| Invoice Date | Invoice No. | Description | Matter ID | Amount |
|---|---|---|---|---|
| 4/15/2008 | | Refund of all outstanding premiums - policy rescission | 11439 | 5,809.30 |

---

**WOOLLS & PEER**
**A PROFESSIONAL CORPORATION**
ONE WILSHIRE BOULEVARD, 22ND FLOOR
LOS ANGELES, CA 90017
PH (213) 629-1600

CITY NATIONAL BANK
LOS ANGELES, CA 90071
16-16001220

9855

DATE 4/15/2008
AMOUNT $ 5,809.30

Five Thousand, Eight Hundred Nine & 30/100 Dollars

PAY TO THE ORDER OF:
New Beginnings for Women, Inc.
525 La Costa Avenue
Encinitas, CA 92024

Two signatures required on amounts over $1,000.00
AUTHORIZED SIGNATURE

EXHIBIT __C__ PAGE __5__

# EXHIBIT D

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 11/16/2006

**PRODUCER** 866-556-4646
SCHEILER INSURANCE GROUP
2604 EL CAMINO REAL
CARLSBAD, CA 92008

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** — NAIC #

**INSURED**
NEW BEGINNINGS FOR WOMEN, INC.
DBA / LA COSTA COSMETIC RETREAT
525 LA COSTA AVE.
ENCINITAS, CA 92024

INSURER A: CENTURY SURETY COMPANY — A-, VIII
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR | CCP419248 | 11/08/06 | 11/08/07 | EACH OCCURRENCE | $1,000,000. |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000. |
| | | | | | | MED EXP (Any one person) | $2,000. |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000. |
| | | | | | | GENERAL AGGREGATE | $2,000,000. |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $1,000,000. |
| | | AUTOMOBILE LIABILITY ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS HIRED AUTOS NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC / AGG | $ / $ |
| | | EXCESS/UMBRELLA LIABILITY [ ] OCCUR [ ] CLAIMS MADE DEDUCTIBLE RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS / OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
COSMETIC RETREAT/BED & BREAKFAST  30 DAY NOTICE OF CANCELLATION.

**CERTIFICATE HOLDER**

OFFICE FILE COPY

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE [signature]

ACORD 25 (2001/08)   © ACORD CORPORATION 1988

EXHIBIT __D__ PAGE __6__