1 **CHRISTOPHER J. BRIGGS, ATTORNEY AT LAW**
CHRISTOPHER J. BRIGGS, SB #205000
2 10601 Tierrasanta Blvd., Suite 213
3 San Diego, CA  92124
(619)665-9402/(619)245-2464
4 chris@briggslawyer.com

5
Attorney for Defendant
6 NEW BEGINNINGS FOR WOMEN, INC.

7

8

9                **UNITED STATES DISTRICT COURT**

10                **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation | CV NO. 08cv691 WQH (POR) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NEW BEGINNINGS FOR WOMEN, INC., a California corporation, | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| Defendants. | Date:       July 7, 2008<br>Time:      11:00 a.m.<br>Courtroom: 4<br>Judge:     Hon. William Q. Hayes |

1   I am a resident of the State of California, over the age of eighteen years, and not a party to
2   the within action.  My business address is 10601 Tierrasanta Blvd., Suite 213, San Diego, CA
    92124.  On May 16, 2008, I served the within documents:

**SEE ATTACHED DOCUMENT LIST**

☒   by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be served to the addressee(s) specified below.

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) specified in Exhibit B below on this date before 5:00 p.m.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified in Exhibit B hereto.

Gregory B. Scher, Esq.              Attorney for Plaintiff, Century Surety Company
gscher@woollspeer.com

I declare that I am a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on May 16, 2008, at San Diego, California.

                                s/Christopher J. Briggs
                                Attorney for Defendant,
                                NEW BEGINNINGS FOR WOMEN, INC.
                                E-mail:  chris@briggslawyer.com

**DOCUMENT LIST**

1. NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY BY DEFENDANT NEW BEGINNINGS FOR WOMEN, INC.
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT NEW BEGINNINGS FOR WOMEN, INC.
3. DECLARATION OF JOHN TURK (WITH EXHIBITS A -D) IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT, NEW BEGINNINGS FOR WOMEN, INC.
4. DECLARATION OF CHRISTOPHER J. BRIGGS (WITH EXHIBIT A) IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT, NEW BEGINNINGS FOR WOMEN, INC.