GREGORY B. SCHER - State Bar No. 137228
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660
*gscher@woollspeer.com*

Attorneys for Plaintiff
CENTURY SURETY COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>NEW BEGINNINGS FOR WOMEN, INC. a California corporation,<br><br>　　　　Defendants. | Case No.: 08 CV-691 WQR (POR)<br><br>[Hon. William Q. Hayes]<br><br>**DECLARATION OF LANCE AMICK IN SUPPORT OF CENTURY SURETY COMPANY'S OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY**<br>**[FRCP 12(B)(7)]**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Date:　　July 7, 2008<br>Time:　　11:00 A.M.<br>CTRM.:　　4 |

I Lance Amick, declare as follows:

1.  I make the following declaration in support of Century Surety's opposition to defendant New Beginnings for Women, Inc's motion to dismiss for failure to join an indispensable party. I make this declaration based upon my personal knowledge. If called as a witness, I could and would competently testify the facts set forth herein.

2.  I am the Branch Manager of the San Diego office of Monarch E&S Insurance Services ("Monarch"). I have held that position since August, 2004. As

Branch Manager, I am ultimately responsible for and oversee all aspects of branch underwriting operations, including, but not limited to organization and maintenance of underwriting records and files. Previous to my employment with Monarch, I have been employed in the surplus line insurance industry for twelve years.

3. Monarch is, and at all times discussed in this declaration was, a surplus line insurance broker who works with Century Surety Insurance Company. In that capacity, Monarch acted as a wholesale insurance producer on behalf of Century Surety Insurance Company in receiving applications for insurance from licensed insurance agents who deal directly with and represent potential insureds seeking insurance coverage. In the insurance industry, those agents who deal directly with and represent persons and businesses seeking insurance coverage are called "retail producers." Ken Scheiler is one such retail producer with whom Monarch has conducted business over the past several years.

4. On or about October 27, 2006, Monarch received from Mr. Scheiler a letter from John Turk as an officer on behalf of John and Paula Turk, dba New Beginnings for Woman, Inc. ("New Beginnings"). The letter was signed by John Turk and was dated October 24, 2006 ("the Turk Letter"). A true and correct copy of the Turk Letter which Monarch received from Mr. Scheiler is attached hereto as Exhibit A.

5. The Turk Letter specifically designates Ken Scheiler of Scheiler Insurance Group as "Agent/Broker of Record" for all of the insurance policies issued to John and Paula Turk, dba New Beginnings for Woman, Inc. In the insurance industry, that type of letter is referred to as a "broker of record" authorization letter, and is typically used when an insured wants to change or transition from one retail producer to another, or to newly appoint a retail producer to act on the insured's behalf. Such a letter notifies other retail producers, brokers and insurance carriers that the newly appointed retail producer is authorized to transact business on behalf of the insured or potential insured. It is my understanding that Ken Scheiler had previously

been associated with Jeff Peddie Insurance Agency which served as the retail producer for New Beginnings before Mr. Schelier's appointment in October 2006. It is the custom and practice within the insurance industry that broker of record appointment letters remain in force until specifically revoked. Monarch has never received any revocation of Exhibit A.

6.  Based upon my experience in the industry as well as my understanding of this particular insurance transaction, Ken Scheiler acted only as agent for the insured, New Beginnings in the procurement of the insurance policy issued by Century Surety Insurance Company to insured New Beginnings. During the subject procurement, Monarch E&S Insurance Services acted as agent only for Century Surety Insurance Company.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of June, 2008 in San Diego, California.

_____
Lance Amick