# EXHIBIT A

# John and Paula Turk
# DBA / New Beginnings For Woman, Inc.

October 24, 2006

RE: Broker of Record

To Whom It May Concern:

This is a letter of request that Ken Scheiler of Scheiler Insurance Group be named Agent/Broker of Record for our insurance policies including our General Liability Insurance policy in force.

    If you have further questions, please contact me at the office telephone (760) 840-0909.

760.807 0585

Thank you,

*[signature]*

John Turk
Officer

525 La Costa Ave. Encinitas, CA 92024