# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation,<br><br>        Plaintiff,<br>v.<br><br>NEW BEGINNINGS FOR WOMEN, INC., a California corporation,<br><br>        Defendants. | Case No.: 08 CV-691 WQR (POR)<br><br>[Hon. William Q. Hayes]<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY (FRCP 12(B)(7))**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Date:    July 7, 2008<br>Time:   11:00 A.M.<br>Ctrm.:   4 |

    New Beginnings for Women, Inc.'s ("New Beginnings") Motion to Dismiss for Failure to Join a Party (FRCP 12(B)(7) was heard on July 7, 2008, by Hon. William O. Hayes, District Judge, Presiding.

    After considering the Motion, the Memorandum of Points and Authorities, all Declarations and Exhibits in support thereof, the opposition and reply briefs and any documents in support thereof, and both counsel having waived their right to oral argument in this matter, the Court finds that the presence of New Beginnings'

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017

1  insurance agent, Ken Scheiler, is not required for a fair and just adjudication of the
2  instant matter. Mr. Scheiler is New Beginnings' agent, and his actions are imputed to
3  New Beginnings as a matter of law. *LA Sound USA, Inc. v. St. Paul Fire & Marine*
4  *Ins. Co.* (2007) 156 Cal. App. 4th 1259, 1268; *Washington v. Daley* (9th Cir. 1999)
5  173 F.3d 1158, 1167-1168.

6  Therefore, IT IS HEREBY ORDERED THAT New Beginnings' motion to
7  dismiss for failure to join a party pursuant to Fed. Rule of Civ. Proc. 12(B)(7) is
8  DENIED.

DATED: _____        By: _____
                                    Hon. William O. Hayes,
                                    District Court Judge

Submitted by:                 DATED: June 23, 2008

WOOLLS & PEER
A Professional Corporation


        /s/
GREGORY B. SCHER
Attorneys for Plaintiff
CENTURY SURETY COMPANY