**CHRISTOPHER J. BRIGGS, ATTORNEY AT LAW**
CHRISTOPHER J. BRIGGS, SB #205000
10601 Tierrasanta Blvd., Suite 213
San Diego, CA 92124
(619)665-9402/(619)245-2464
chris@briggslawyer.com

Attorney for Defendant
NEW BEGINNINGS FOR WOMEN, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation<br><br>            Plaintiff,<br><br>v.<br><br>NEW BEGINNINGS FOR WOMEN, INC., a California corporation,<br><br><br>            Defendants. | CV NO. 08cv691 WQH (POR)<br><br>**SECOND DECLARATION OF CHRISTOPHER J. BRIGGS IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT, NEW BEGINNINGS FOR WOMEN, INC. PURSUANT TO FED. R. CIV. PROC. 12(b)(7)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Date:           July 7, 2008<br>Time:          11:00 a.m.<br>Courtroom:  4<br>Judge:         Hon. William Q. Hayes |

I, Christopher J. Briggs, hereby declare:

   1.   I am a member in good standing of the State Bar of California.

   2.   A true and correct copy of the 11/21/07 "Notice of Intent to Sue Letter" from Virginia C. Nelson, Esq. addressed to Paula Turk is attached as Exhibit A to this Declaration.

   3.   In light of the Notice of Intent to Sue Letter (Exhibit A), New Beginnings for Women, Inc. was correctly concerned that it eventually would be named as a defendant to a lawsuit filed by Virginia C. Nelson, Esq. on behalf of Anita Weinberg.  Given this concern, I

contacted Victoria H. Roberts, Esq., who is the Assistant Vice President and Counsel for Century Insurance Group (i.e. – New Beginnings' insurer). By way of an 11/29/07 email to Attorney Roberts, I made a comprehensive request for the documents in Century Surety's possession that pertain to New Beginnings for Women, Inc. A printout of my 11/29/07 email is attached as Exhibit B to this Declaration. Century Surety never sent even a single page in response to the aforementioned email.

4. On 6/4/08, I received correspondence from Attorney Scher (Plaintiff's counsel for the lawsuit brought by Century Surety against New Beginnings for Women, Inc.), wherein Attorney Scher tacitly admitted that funds previously claimed to have been given to New Beginnings were in fact never given to them. A copy of Attorney Scher's 6/4/08 correspondence (which gives a purported explanation for the misdirected funds that were never received by New Beginnings) is attached to this Declaration as Exhibit C.

5. On 6/23/08, I received a Notice of Electronic Filing email from the U.S. District Court, Southern District of California, which indicated that Plaintiff had filed a Proposed Order (along with its opposing papers). A printout of the 6/23/08 NEF email is attached as Exhibit D to this Declaration.

6. Later in the day on 6/23/08, I was carbon copied on an email that was sent directly from the office of Plaintiff's counsel to Judge Hayes (at the Judge's assigned email address). This email was used to transmit a Proposed Order directly from Plaintiff's counsel to Judge Hayes. A printout of the 6/23/08 email from the office of Plaintiff's counsel to Judge Hayes is attached to this Declaration as Exhibit E.

7. On Wednesday, June 25, 2008, I received a Notice of Electronic Filing email from the U.S. District Court, Southern District of California, which indicated that Plaintiff's opposing papers had been re-filed. Wednesday, June 25, 2008 was two days past the date for timely filing of Plaintiff's Opposition. A printout of the 6/25/08 NEF email is attached to this Declaration of Exhibit F.

1 | I declare under the penalty of perjury of the laws of the United States of America that the
2 | foregoing is true and correct and that I executed this Declaration on June 27, 2008 at San Diego,
3 | California.

5 | DATED: 06/27/08                                  s/ Christopher J. Briggs
6 |                                                          CHRISTOPHER J. BRIGGS

# EXHIBIT LIST TO 2ND DECLARATION OF CHRISTOPHER J. BRIGGS
## TABLE OF CONTENTS

| Exhibit | Description of Document | Page |
|---|---|---|
| A | Copy of 11/21/07 "Notice of Intent to Sue" Correspondence | 1 |
| B | Print-out of 11/29/07 email from CJB to Century Surety | 2 |
| C | Copy of 6/4/08 correspondence to CJB from Atty Scher | 3 |
| D | Print-out of 6/23/08 ECF email (showing filing of proposed order) | 4 |
| E | Print-out of 6/23/08 email to Court by Plaintiff's Counsel | 6 |
| F | Print-out of (late) 6/25/08 filing of opposing papers | 7 |

# EXHIBIT

# A

*Law Offices of*
# VIRGINIA C. NELSON

550 West "C" Street
Suite 2050
San Diego, CA 92101

(619) 232-5503
(619) 232-5488 *fax*

Virginia C. Nelson
vcn@vcnlaw.com
Noel A. Fischer
nfischer@vcnlaw.com

www.vcnlaw.com

November 21, 2007

Paula Turk, R.N.
525 La Costa Avenue
Encinitas, CA 92024

Re:   **Mrs. Anita Weinberg and Mr. Mike Weinberg**

Dear Nurse Turk:

Pursuant to Medical Injury Compensation Reform Act be advised that this letter is to be considered a notice of intent to commence a civil action by my clients Anita and Mike Weinberg against you pertaining to care and treatment rendered to Anita Weinberg by yourself.

Subject to further discovery my clients, as a result of your care and treatment, have sustained serious and permanent injuries.

If you or your insurance carriers are interested in discussing the resolution of this matter short of litigation, please let me know. In the meantime, I would appreciate it if you would refrain from any attempt to contact the Weinbergs. If you would like to say anything to them, please so do through me.

Sincerely,

VIRGINIA C. NELSON

cc: Mrs. Anita Weinberg and Mr. Mike Weinberg

**EXHIBIT** A   **PAGE** 1

# EXHIBIT

# B

**Subject:** CERTIFIED COPIES - New Beginnings
**From:** "Christopher J. Briggs" <chris@briggslawyer.com>
**Date:** Thu, Nov 29, 2007 4:15 pm
**To:** VRoberts@centurysurety.com
**Bcc:** "Christopher Briggs" <chris@briggslawyer.com>,

Hi Vickie,

I took a quick run through the doc.s that you emailed me. Turns out that I will need certified copies of the policy in effect in Feb. 2007 (including dec. pages and endorsements) after all. Please just mail those to my office address. I know that can take a little while, so your earlier email was certainly not in vain and is much appreciated.

For this policy (for all policy periods), I also need copies of any and all correspondence (including, but not limited to, all letters, emails or mailed notices of any type) between the insurer and insured, and also any correspondence of any type to-from any agent and/or surplus lines agent.

As a reminder, my client (New Beginnings for Women, Inc. d/b/a La Costa Cosmetic Retreat) has authorized me to request such materials on its behalf, and the policy info is as follows:
The policy is a general liability policy (policy # CCP419248). The policy was renewed, but canceled effective 2/26/07 (per a cancellation notice sent by Century Surety Co.).

Thank you for your time and attention to this request. As always, please do not hesitate to contact me directly should you have any questions or concerns regarding these or other matters.

Very truly yours,

CHRIS BRIGGS


10601 Tierrasanta Blvd., Suite 213
San Diego, CA 92124
(619) 665-9402/Fax (619) 245-2464
www.briggslawyer.com

Copyright © 2003-2008. All rights reserved.

EXHIBIT B PAGE 2

# EXHIBIT

# C

# WOOLLS & PEER
A PROFESSIONAL CORPORATION

ONE WILSHIRE BOULEVARD
22ND FLOOR
LOS ANGELES, CALIFORNIA 90017-3323
TELEPHONE: (213) 629-1600
FACSIMILE: (213) 629-1660

GREGORY B. SCHER

Direct Dial: (213) 629-8793
E-mail: gscher@woollspeer.com

June 4, 2008

**BY FACSIMILE AND FIRST CLASS MAIL**

Christopher J. Briggs
Attorney At Law
10601 Tierrasanta Boulevard, Suite 213
San Diego, California 92124

    Re:   *Century Surety Co. v. New Beginnings for Women, Inc., et al.*
           Century Surety Claim No.:   54576
           Our File No.:   11439

Dear Mr. Briggs:

    As promised in my last correspondence, I have inquired regarding the status of the premium refund resulting from policy cancellation in 2007. Monarch Insurance issues a check (number 15459) to your client's agent (Scheiler Insurance) on June 28, 2007. Monarch's records show that the check has been cashed.

                                         Cordially,

                                         Gregory B. Scher

GBS/

EXHIBIT __C__ PAGE __3__

146473.1

# EXHIBIT

# D

**Subject:** Activity in Case 3:08-cv-00691-WQH-POR Century Surety Company v. New Beginnings for Women, Inc. Response in Opposition to Motion
**From:** efile_information@casd.uscourts.gov
**Date:** Mon, Jun 23, 2008 3:48 pm
**To:** casd.uscourts.gov@casd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Scher, Gregory on 6/23/2008 at 3:48 PM PDT and filed on 6/23/2008
**Case Name:** Century Surety Company v. New Beginnings for Women, Inc.
**Case Number:** 3:08-cv-691
**Filer:** Century Surety Company
**Document Number:** 4

**Docket Text:**
**RESPONSE in Opposition re [3] MOTION to Dismiss *for Failure to Join a Party* filed by Century Surety Company. (Attachments: # (1) Affidavit Amick Declaration, # (2) Exhibit Ex. A to Amick Decl., # (3) [Proposed] Order)(Scher, Gregory)**

3:08-cv-691 Notice has been electronically mailed to:

Christopher J Briggs    chris@briggslawyer.com, thebrigger@gmail.com

Gregory Bernard Scher    gscher@woollspeer.com, swagoner@woollspeer.com

3:08-cv-691 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1106146653 [Date=6/23/2008] [FileNumber=2675034-0
] [28912198d90ac073f8a6619a7ca415f3234b33095e28c6cdbc89e172a9f7ac72ded
a598f2564709de94769e00afcecf3c4b73828bd32d968c81b83e745841c53]]
Document description:Affidavit Amick Declaration
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1106146653 [Date=6/23/2008] [FileNumber=2675034-1
] [014a1095e41698d9811d23506c43c1ce15454fad2e17d974bae7ffc42b43a74c75d
2862757562289eeedd91d65e8e582a30df2d2850ff72f4bd07ee330dd4bc8]]
Document description:Exhibit Ex. A to Amick Decl.
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1106146653 [Date=6/23/2008] [FileNumber=2675034-2
] [2ac969e9dfe9b798d34a4f94b607382c2d3ce286dffaf4b703e19ad0447fdbb2c93
f0b70edaafc7164fdcf3414e29cb7db91b586e0ec04169f84f4f655beb0ff]]
Document description: [Proposed] Order
Original filename:n/a

EXHIBIT D  PAGE 4

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=6/23/2008] [FileNumber=2675034-3
] [9bb92e91a90e26e5e8dbc3c14aaf420b5f77da44c9e341fed7aeea13482c5fe6c59
7e220a5b76c5f55b1a2b678231773c4ee9b8eca5fa274bb1074e3e27c096a]]

Copyright © 2003-2008. All rights reserved.



EXHIBIT D PAGE 5

# EXHIBIT

# E

**Subject:** 08 CV-691 WQR (POR) -- [Proposed] Order on Opposition to Motion to Dismiss
**From:** "Sherie Wagoner" <swagoner@woollspeer.com>
**Date:** Mon, Jun 23, 2008 4:10 pm
**To:** <efile_hayes@casd.uscourts.gov>  ★ SENT TO JUDGE ★
**Cc:** <chris@briggslawyer.com>, <thebrigger@gmail.com>

Dear Sirs:

Pursuant to the ECF policies and procedures manual, a word version of our proposed order is attached, submitted to the app

Sherie Wagoner
Legal Secretary

CONFIDENTIALITY STATEMENT: This communication from the law firm of Woolls & Peer, A Professional Corpo

**EXHIBIT E  PAGE 6**

# EXHIBIT

# F

**Subject:** Activity in Case 3:08-cv-00691-WQH-POR Century Surety Company v. New Beginnings for Women, Inc. Response in Opposition to Motion
**From:** efile_information@casd.uscourts.gov
**Date:** Wed, Jun 25, 2008 10:05 am ←——— LATE
**To:** casd.uscourts.gov@casd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Scher, Gregory on 6/25/2008 at 10:05 AM PDT and filed on 6/25/2008
**Case Name:**  Century Surety Company v. New Beginnings for Women, Inc.
**Case Number:**  3:08-cv-691
**Filer:**  Century Surety Company
**Document Number:** 5

Docket Text:
**RESPONSE in Opposition re [3] MOTION to Dismiss *for Failure to Join a Party* filed by Century Surety Company. (Attachments: # (1) Declaration Amick Declaration)(Scher, Gregory)**

**3:08-cv-691 Notice has been electronically mailed to:**

Christopher J Briggs    chris@briggslawyer.com, thebrigger@gmail.com

Gregory Bernard Scher    gscher@woollspeer.com, swagoner@woollspeer.com

**3:08-cv-691 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1106146653 [Date=6/25/2008] [FileNumber=2678315-0
] [25d7915cb81d9fcd1604b29e9d2dba88bb18ee3e900c5efdd6ac90f90c23bf6b418
8a06d10c45807706cb85c8127cb5a386e290c00917e3c3fc31d3400fec631]]
Document description:Declaration Amick Declaration
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1106146653 [Date=6/25/2008] [FileNumber=2678315-1
] [774f16a602c2944fbc184cb52375dab9c496102054b36b5d1bc86786114ec4d046e
fce42ad868d06bbb7e9791083fe90a7181639f8af9783f736d06be8391c65]]

Copyright © 2003-2008. All rights reserved.

EXHIBIT __F__ PAGE __7__