1  **CHRISTOPHER J. BRIGGS, ATTORNEY AT LAW**
2  CHRISTOPHER J. BRIGGS, SB #205000
   10601 Tierrasanta Blvd., Suite 213
3  San Diego, CA  92124
   (619)665-9402/(619)245-2464
4  chris@briggslawyer.com

5
   Attorney for Defendant
6  NEW BEGINNINGS FOR WOMEN, INC.

7

8

9                **UNITED STATES DISTRICT COURT**

10               **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation | CV NO. 08cv691 WQH (POR) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NEW BEGINNINGS FOR WOMEN, INC., a California corporation, | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| Defendants. | Date:        July 7, 2008<br>Time:        11:00 a.m.<br>Courtroom:  4<br>Judge:       Hon. William Q. Hayes |

1

Case No.   08CV691 WQH (POR)
CERTIFICATE OF SERVICE

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 10601 Tierrasanta Blvd., Suite 213, San Diego, CA 92124.  On June 27, 2008, I served the within documents:

**SEE ATTACHED DOCUMENT LIST**

[X]    by transmitting via e-filing the document(s) listed on the following page to the Case Management/ Electronic Case filing system, such document(s) will be served to the addressee(s) specified below.

[ ]    by transmitting via facsimile the document(s) listed above to the fax number(s) specified in Exhibit B below on this date before 5:00 p.m.

[ ]    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

[ ]    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified in Exhibit B hereto.

Gregory B. Scher, Esq.            Attorney for Plaintiff, Century Surety Company
gscher@woollspeer.com

    I declare that I am a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

    Executed on June 27, 2008 at San Diego, California.

                                  s/Christopher J. Briggs
                                  Attorney for Defendant,
                                  NEW BEGINNINGS FOR WOMEN, INC.
                                  E-mail:  chris@briggslawyer.com

**DOCUMENT LIST**

1. REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY BY DEFENDANT NEW BEGINNINGS FOR WOMEN, INC.

2. SECOND DECLARATION OF CHRISTOPHER J. BRIGGS (WITH EXHIBITS A-F) IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT, NEW BEGINNINGS FOR WOMEN, INC.